**FILED**

OA 91 Criminal Complaint

# United States District Court

OCT 1 8 2007

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.
CORY GRAY

CRIMINAL COMPLAINT

Case Number: 4 - 0 7 - 7 0 6 0 9

WDB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about October 17, 2007 in Alameda (and elsewhere) County, in the NORTHERN District of CALIFORNIA defendant(s) did,

(Track Statutory Language of Offense)

knowingly attempt to execute a scheme or artifice to obtain moneys, funds, credits, assets, securities, or other property owned by, or under the custody of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; and devise or intend to devise a scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmit or cause to be transmitted by means of wire communication in interstate commerce any writings, signs, signals, or sounds for the purpose of executing such scheme or artifice

in violation of Title __18__ United States Code, Section(s) __1343 and 1344(2)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

See Attached Affidavit Incorporated herein by reference.

Maximum Penalties:
Section 1343: 20 years imprisonment; $250,000.00 fine; 3 years supervised release and $100 special assessment;
If violation affects financial institution: 30 years imprisonment; $1,000,000 fine; 5 years supervised release and $100 special assessment.

Section 1344(2): 30 years imprisonment; $1,000,000 fine; 5 years supervised release and $100 special assessment

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Approved
As To
Form: Andrew Huang
AUSA

William J. Leoni, Special Agent FBI
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

10/18/07
Date

at San Francisco, California
City and State

NANDOR J. VADAS    U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

Document No.

District Court
Criminal Case Processing

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

**I. INTRODUCTION**

I, William J. Leoni, being duly sworn, hereby declare as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since May of 1995. I am assigned to investigate violations of federal law occurring in the Northern District of California, including wire fraud, bank fraud, mail fraud, securities fraud, and money laundering. During my career with the FBI, I have primarily investigated violent crime, organized crime and drug-related activities, and white collar criminal matters.

2. I am a graduate of the University of Kansas where I earned a Bachelor of Arts degree in 1985 and of the University of Missouri-Kansas City where I earned a Master of Science degree in 1991. In 1995, I successfully completed New Agents' Training at the FBI's training academy at Quantico, Virginia. Since 1999, I have been assigned to an FBI squad responsible for investigating a wide variety of white collar crime matters, including wire fraud, bank fraud, and identity theft.

3. This affidavit is offered in support of a Criminal Complaint against CORY GRAY. As set forth more fully below, there is probable cause to believe that on October 17, 2007, GRAY committed criminal violations of, among other things, 18 U.S.C. §§ 1343 (wire fraud) and 1344(2) (attempted bank fraud). Based upon my investigation, there is probable cause to believe that GRAY, while in Phoenix, Arizona, fraudulently posed as Fremont Bank customer Leigh A. Goldstein of San Jose, California and sent instructions to Fremont Bank in Hayward, California via facsimile, requesting that

1

$376,798.00 be wire transferred from Goldstein's account to an account at SunTrust Bank, Atlanta, Georgia, held by Certified Title Company.

4. The facts and information in this affidavit are based upon my personal knowledge and participation in this investigation, information and reports obtained from Fremont Bank Corporate Security personnel, and information and reports obtained from other Special Agents of the FBI. This affidavit does not include every fact or piece of information that the government has concerning the possible commission of wire fraud, attempted bank fraud, and other federal criminal offenses.

## II. STATUTORY AUTHORITY

5. Title 18 U.S.C. § 1344(2), the bank fraud statute, provides, in relevant part:

> Whoever knowingly executes, or attempts to execute, a scheme or artifice—
> . . .
> (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations, or promises . . . .

A "financial institution" for purposes of 18 U.S.C. § 1344 is defined at 18 U.S.C. § 20 and 12 U.S.C. § 1813(c) to include any bank the deposits of which are insured by the Federal Deposit Insurance Corporation ("FDIC").

6. Title 18 U.S.C. § 1343, the wire fraud statute, provides in relevant part:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire . . . communication in interstate . . . commerce, any writings, signs, signals, . . . or sounds for the purpose of executing such a scheme or artifice.

## III. SUMMARY OF THE INVESTIGATION

7. On October 16, 2007, Mark Spillner, Director of Corporate Security, Fremont Bank, Hayward, California, advised that Fremont Bank had recently been the victim of a

2

fraudulent wire transfer and several attempted fraudulent wire transfers, all believed to be initiated by the same individual. According to Spillner, Fremont Bank is, and was throughout the entire time relevant to the investigation, an FDIC-insured bank.

8. On or about September 6, 2007, an unknown male telephonically contacted the Fremont Bank Call Center in Hayward, California posing as customer Thomas Lo of San Leandro, California, and requested that $22,978.00 be wire transferred from Lo's Fremont Bank line of credit account (account number ending in -3000) to the CitiBank account of D'Andrea Toussaint (account number ending in -3902), 1950 Spectrum Drive, Huntington Beach, California. The caller possessed pertinent information needed to answer all of Fremont Bank's security questions and the transfer of funds was made. Spillner also advised that CitiBank informed him that on August 29, 2007, another fraudulent wire transfer in the amount of $98,799.23 had been made from a customer's account at North Island Financial Credit Union, San Diego, California, to Toussaint's CitiBank account referenced above and that the transferred funds were later withdrawn.

9. Spillner advised that on or about September 25, 2007, an individual called Fremont Bank posing as customer Leigh A. Goldstein of San Jose, California. (Fremont Bank personnel subsequently identified this caller by his voice as the same unknown male who called posing as Lo.) The caller requested that the telephone number for Goldstein's account be changed to 408-229-3449. The same caller also requested that approximately $327,000.00 be wire transferred from Goldstein's line of credit account (account number ending in -5502) to an account held by Certified Title Company at SunTrust Bank, Atlanta, Georgia (account number ending in -0198). Suspecting that the caller might not be Goldstein, Fremont Bank personnel requested that the caller send via

3

facsimile a copy of his driver's license to the bank to verify his identity. When the caller did not comply, the bank denied the request for the transfer.

10. Spillner advised that on October 16, 2007, the same unknown male, again identified by Fremont Bank personnel by voice, called Fremont Bank, again posing as Goldstein, and requested that $376,798.00 be transferred from Goldstein's account to the Certified Title Company account held at SunTrust Bank as referenced above. Fremont Bank personnel advised the caller that he could not initiate a wire transfer of that dollar amount via the telephone and that the wire would need to be done in person or the wire instructions would need to be sent via facsimile to the bank. The caller explained that he was currently out of town in Phoenix, Arizona and thus would have to send the instructions via facsimile. A short time later, Fremont Bank received the wire instructions. However, the facsimile header indicated that the document originated from "David Linder," fax number 831-603-3605. Spillner noted that area code "831" is assigned to the Carmel, California area and a search of a publicly-available database for "David Linder" revealed a David J. and Christine L. Linder of Capitola, California.

11. Upon receipt of the facsimile, Fremont Bank personnel dialed phone number 408-229-3449 to contact the unknown male who was posing as Goldstein and requesting the wire transfer. Bank personnel questioned the unknown male about the facsimile which ostensibly originated from David Linder in California and not from the unknown male who claimed to be in Arizona. The unknown male explained that Linder was his friend and he had asked Linder to send the instructions to the bank on his behalf. Fremont Bank personnel advised the caller that he, the putative "actual" account holder, would need to send the instructions himself in order for the transfer to take place. The

4

caller agreed and within minutes, at approximately 12:32 p.m., he caused the instructions to be transmitted via facsimile from Kinko's Office and Print, 4881 North 20th Street, Phoenix, Arizona, telephone number 602-956-1999, to Fremont Bank in Hayward, California. Spillner knew this because the header on the facsimile indicated it originated from the aforementioned Kinko's shop. Upon receipt of the facsimile, Fremont Bank contacted the caller and advised him that the request had been made too late in the day and that the transfer would have to take place the following day.

12. On October 17, 2007, the same unknown male again contacted Fremont Bank and inquired about the status of the wire transfer. Fremont Bank personnel advised the unknown male that he would need to re-send the wire instructions because all wires had to be sent out the same day in which the instructions were received. The unknown male agreed and shortly thereafter, Fremont Bank received at approximately 10:10 a.m. the instructions via facsimile, this time from another "831" fax number. At approximately 10:15 a.m., Fremont Bank personnel then contacted the unknown male at 408-229-3449 and told him that he needed to personally hand-deliver the wire instructions to a bank branch or send them via facsimile if he was still out of town. The unknown male stated that he was still out of town and agreed to transmit the instructions via facsimile within minutes from a UPS store facsimile machine.

13. On the morning of October 17, 2007, FBI special agents Melissa Griego, Desirae Tolhurst, Robert Schofield and Bank Fraud Task Force agent James Owens from the Phoenix Field Office traveled to the Kinko's Office and Print Shop on North 20th Street and viewed the store's video surveillance images from the previous day at the time the facsimile that was sent to Fremont Bank at approximately 12:53 p.m. With the

assistance of a store clerk, agents were able to isolate the video images of the man who had sent the facsimile to Fremont Bank the previous day, claiming to be Goldstein and requesting the transfer of funds. Thereafter, despite the unknown male's statement that he would send the instructions from a UPS store, a physical surveillance was conducted at the store to determine if the man would return to again utilize the same Kinko's facsimile machine that he had used the previous day. Shortly thereafter, at approximately 10:30 a.m., a person matching the description of the man depicted in the surveillance images entered the store and was positively identified by the store clerk who had assisted the man the previous day. The man was observed at the facsimile machine and, moments later, speaking on his cellular telephone before proceeding back to the facsimile machine at approximately 10:42 a.m. to transmit a document.

14. At approximately 10:43 a.m., Spiller advised me that the facsimile had been received by the bank, with a header on the facsimile indicating that it had originated from the same Kinko's shop as the instructions sent the previous day, requesting that $378,798.00 be wire transferred from the Goldstein Fremont Bank account to the Certified Title Company account at SunTrust Bank in Atlanta, Georgia. Specifically, the facsimile transmission reads:

> To Whom it May Concern: Freemont [*sic*] Bank    October 17th [handwritten], 2007
>
> I, Leigh A. Goldstein need to wire funds from my Freemont [*sic*] bank line of credit account #[ending in -]5502 in the amount $376,798.00. The funds should be credited to Certified Title Co.-3012 Peachtree Ave Ne Atlanta, Ga 30122. The receiving bank ; SunTrust Bank 5775 Glenridge Dr Ne Atlanta, Ga 30328 the aba routing # is [ending in-]0104 and the account # is [ending in -]0198. Further credit Leigh A. Goldstein escrow.
>
> Thank you.
>
> [handwritten signature]
> Leigh A. Goldstein
> Contact (408) 229-3449

With the exception of the "16" in "October 16" being scratched by hand out and replaced with an handwritten "17[th]," this transmission is identical to the one received by Fremont Bank on October 16, 2007. Spiller also advised that, just before receiving the transmission and consistent with what agents observed inside the Phoenix Kinko's, Fremont Bank personnel received another call from the unknown male claiming to be Goldstein requesting a facsimile number.

15. After confirming to the agents in Phoenix that the wire instructions had been received by the bank, agents made contact with the man who identified himself as CORY GRAY, born June 29, 1981, Social Security account number 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, of 2910 Royal Oaks Crest, Houston, Texas. He also stated that his Texas drivers license number is 18555503, but he did not have the license. Upon interview, GRAY advised that he did not know Mr. Goldstein and he was merely sending the facsimile on behalf of a friend named "John White" who agreed to pay him $500.00 for his efforts. GRAY also stated that he and White had arrived from Las Vegas, Nevada via rental car the previous night at

7

midnight, which is at odds with the Kinko's video surveillance evidence viewed by the agents which shows GRAY in the Phoenix store much earlier on October 16, 2007. Further, GRAY told the agents that he and White were staying at the nearby J.W. Marriott Hotel in room number 525. Upon investigation, however, it was learned that the hotel does not have a room number 525 and no person was currently registered there by the name of John White. GRAY was also in possession of the facsimile transmission containing the wire instructions purportedly from Mr. Goldstein and the confirmation page, which indicated that one page was sent "10/17 11:02" to "15107800753." (Spillner indicated that the facsimile machine that received the wire transfer instructions at Fremont Bank uses telephone number 510-780-0753. Kinko's personnel subsequently confirmed that the time stamp on the store's facsimile machine was 20 minutes fast.)

16. At this time, GRAY was placed under arrest for suspicion of wire fraud, attempted bank fraud, and other federal criminal offenses. On GRAY's person were two cellular telephones, including one assigned telephone number 408-229-3449, the number used by Fremont Bank personnel to contact the purported "Mr. Goldstein" and the contact number appearing on the wire transfer instructions. GRAY stated that this phone was given to him by John White. A review of this phone's call log revealed numerous calls to or from various Fremont Bank numbers and one call to SunTrust Bank, all made on October 17, 2007. He had no forms of ID in his possession.

17. Consultation with law enforcement databases revealed records of a Texas drivers license number 18555503 issued to "Cory Deone Gray," male, date of birth June 29, 1981, and address of 14827 Preston Road #510, Dallas, Texas, and an Oregon drivers license number 8448868 issued to "Cory Dione Gray," male, date of birth June 29, 1981,

and address of 90 Commons Drive, Apt. 90, Eugene, Oregon. A photograph was obtained from Texas state records associated with GRAY's Texas drivers license. FBI Special Agent Griego subsequently confirmed that this photograph depicts the individual who was arrested on October 17, 2007 in Phoenix and identified as CORY GRAY.

18. On October 17, 2007, Spillner contacted Leigh A. Goldstein who confirmed that he never requested the wire transfer in question and never authorized anyone to act upon his behalf in requesting such a transfer.

## IV. CONCLUSION

19. As set forth above, and based upon all of the facts and circumstances described in this affidavit, along with my training, experience, and consultations with others, there is probable cause to believe that CORY GRAY committed wire fraud and attempted bank fraud in violation of 18 U.S.C. §§ 1343 and 1344(2) by representing himself to be Fremont Bank customer Leigh A. Goldstein and by sending wire transfer instructions to Fremont Bank via facsimile in an attempt to fraudulently obtain over $376,000.00 from Fremont Bank. I, therefore, request that the Court issue a warrant for his arrest on those charges.

## V. SEALING REQUEST

20. Because this investigation is continuing and disclosure of some of the details contained within this affidavit may compromise subsequent investigative measures to be taken in this case or may otherwise jeopardize this investigation, I respectfully request that the Court issue an order pursuant to which this Application and Supporting Affidavit be filed under seal until further order of this Court.

WILLIAM J. LEONI
Special Agent
Federal Bureau of Investigation
San Francisco Division
Concord, California Resident Agency

Approved as to form:

ANDREW S. HUANG
Assistant United States Attorney

Sworn to before me this

18th day of October 2007

Hon. NANDOR J. VADAS
United States Magistrate Judge
Northern District of California