```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CSBN 193730)
   Andrew.Huang@usdoj.gov
5  Assistant United States Attorney

6    1301 Clay Street, 340S
     Oakland, California 94612
7    Telephone: (510) 637-3680
     FAX: (510) 637-3724
8
   Attorneys for Plaintiff
9
```

**FILED**

OCT 1 8 2007

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WDB

4-07-70609

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | Application To Seal Criminal Complaint And Affidavit And [~~Proposed~~] Order |
| v. | |
| CORY GRAY, | |
| Defendant. | |

The United States hereby moves this honorable Court, for good cause shown, to seal the criminal complaint and attached affidavit in the above-captioned case, and any other related documents, as well as this application and the Court's Order, until further order of this Court.

This investigation is continuing and disclosure of the details contained within the criminal complaint and affidavit may compromise subsequent investigative measures to be taken in this

///

///

///

///

UNITED STATES' APPLICATION FOR SEALING ORDER

Document No.

1  case or may otherwise jeopardize this investigation. Accordingly, the United States respectfully
2  requests that the above-described materials be sealed.

4  DATED: October 18, 2007                    Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              /s/ Andrew S. Huang
                                              ANDREW S. HUANG
                                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing, it is hereby ORDERED that the following items be filed under seal in the non-public docket, until further order of this Court: the criminal complaint and attached affidavit, and any other related documents, as well as this application and the Court's Order.

DATED: October 18, 2007

                                              /s/
                                              THE HONORABLE NANDOR J. VADAS
                                              United States Magistrate Judge

UNITED STATES' APPLICATION FOR SEALING ORDER