

Clerk's Use Only

Initial for fee pd.

Booker T. Evans, Jr.
GREEBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016-8100
Phone - (602) 445-8424



**FILED**

OCT 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

          Plaintiff(s),

    v.

CORY GRAY,

          Defendant(s).

CASE NO. 4-07-70609

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Booker T. Evans, Jr., an active member in good standing of the bar of the Ninth Circuit Court of Appeals, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Cory Gray, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
William J. Goines and Alisha Louie, Greenberg Traurig, LLP,
  1900 University Avenue, 5th floor, East Palo Alto, CA 94303 (650) 289-7876

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/22/07

Booker T. Evans, Jr.

Document No.

District Court
Criminal Case Process

