RECEIVED
OCT 23 2007

FILED
OCT 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA,

                        Plaintiff(s),

v.

CORY GRAY,

                        Defendant(s).

CASE NO. 4-07-70609 –WDB

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Booker T. Evans, Jr., an active member in good standing of the bar of the Ninth Circuit Court of Appeals, whose business address and telephone number (particular court to which applicant is admitted) is

95 Seventh Street, San Francisco, CA 94103 (415) 355-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Cory Gray in the above matter.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10-24-07

                                              Wayne D. Brazil
                                              United States Magistrate Judge