1  William J. Goines (SBN 61290)
   Alisha M. Louie (SBN 240863)
2  **GREENBERG TRAURIG LLP**
   1900 University Avenue, 5th Floor
3  East Palo Alto, CA 94304
   Telephone: 650-289-8500
4  Facsimile: 650-328-8508
   Email: goinesw@gtlaw.com
5         louiea@gtlaw.com

6  Booker T. Evans, Jr. (*pro hac vice application pending*)
   **GREENBERG TRAURIG LLP**
7  2375 East Camelback Road
   Suite 700
8  Phoenix, Arizona 85016-8100
   Telephone: 602-445-8424
9  Facsimile: 602-445-8100
10 Email: evansb@gtlaw.com

11 **Attorneys for Defendant
   CORY GRAY**

**ORIGINAL**

**FILED**

OCT 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY GRAY.,<br><br>Defendant. | Case No. 4-07-70609<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE OF APPEARANCE OF COUNSEL
Case No. 4-07-70609

Document No.
5K
District Court
Criminal Case Processing

|     |     |
| --- | --- |
| 1   | Defendant Cory Gray, hereby gives notice that the following attorneys enter their |
| 2   | appearance in this matter as attorneys representing him. |

William J. Goines (SBN 61290)
Alisha M. Louie (SBN 240863)
**GREENBERG TRAURIG LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone: 650-289-8500
Facsimile: 650-328-8508
Email: goinesw@gtlaw.com
       louiea@gtlaw.com

Dated: October 25, 2007                    GREENBERG TRAURIG LLP

By: _____
William J. Goines (SBN 61290)
Alisha M. Louie (SBN 240863)
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 289-7877
Facsimile: (650) 328-8500
E-Mail: goinesw@gtlaw.com
        louiea@gtlaw.com

Booker T. Evans, Jr.
(*pro hac vice application pending*)
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016-8100
Telephone: 602-445-8424
Facsimile: 602-445-8100
E-mail: evansb@gtlaw

**Attorneys for Defendant
CORY GARY**

NOTICE OF APPEARANCE OF COUNSEL
Case No. 4-07-70609                                                                  1