**ORIGINAL**

William J. Goines  (SBN 61290)
Alisha M. Louie  (SBN 240863)
**GREENBERG TRAURIG LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone:  650-289-8500
Facsimile:  650-328-8508
Email:  goinesw@gtlaw.com
        louiea@gtlaw.com

Booker T. Evans, Jr. (*pro hac vice application pending*)
**GREENBERG TRAURIG LLP**
2375 East Camelback Road
Suite 700
Phoenix, Arizona 85016-8100
Telephone:  602-445-8424
Facsimile:  602-445-8100
Email:  evansb@gtlaw.com

**Attorneys for Defendant**
**CORY GRAY**

**FILED**

OCT 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND CRIMINAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY GRAY,<br><br>Defendant. | Case No.  4-07-70609<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 4-07-70609

Document No.

District Court
Criminal Case Processing

# CERTIFICATE OF SERVICE

I, Latonia Ervin, declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On October 25, 2007, I served the following documents:

- **NOTICE OF APPEARANCE OF COUNSEL**

☐ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately 2:00 pm, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

> Andrew Suian Huang
> US Attorney's Office
> Northern District of California
> 1301 Clay Street, Suite 340S
> Oakland, CA 94612

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 25, 2007, at East Palo Alto, California.

_Latonia Ervin_
Latonia Ervin

CERTIFICATE OF SERVICE
Case No. 4-07-70609

1