ORIGINAL

William J. Goines (SBN 61290)
Alisha M. Louie (SBN 240863)
**GREENBERG TRAURIG LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone: 650-289-8500
Facsimile: 650-328-8508
Email: goinesw@gtlaw.com
       louiea@gtlaw.com

Booker T. Evans, Jr. (*Admitted Pro Hac Vice*)
**GREENBERG TRAURIG LLP**
2375 East Camelback Road
Suite 700
Phoenix, Arizona 85016-8100
Telephone: 602-445-8424
Facsimile: 602-445-8100
Email: evansbt@gtlaw.com

**Attorneys for Defendant
CORY GRAY**

FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>CORY GRAY.,<br><br>      Defendant. | Case No. 4-07-70609WDB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE OF APPEARANCE OF COUNSEL
Case No. 4-07-70609WDB

Document No.
District Court
Criminal Case Processing

ORIGINAL

Defendant Cory Gray, hereby gives notice that the following attorney enters his appearance in this matter as attorney representing him.

> Booker T. Evans, Jr.
> *Admitted Pro Hac Vice*
> **GREENBERG TRAURIG LLP**
> 2375 East Camelback Road
> Suite 700
> Phoenix, AZ 85016-8100
> Telephone: 602-445-8424
> Facsimile: 602-445-8100
> Email: evansbt@gtlaw.com

Dated: November 5, 2007          GREENBERG TRAURIG LLP


By: _____
William J. Goines (SBN 61290)
Alisha M. Louie (SBN 240863)
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 289-7877
Facsimile: (650) 328-8500
E-Mail: goinesw@gtlaw.com
         louiea@gtlaw.com

Booker T. Evans, Jr.
*Admitted Pro Hac Vice*
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016-8100
Telephone: 602-445-8424
Facsimile: 602-445-8100
E-mail: evansbt@gtlaw

**Attorneys for Defendant
CORY GARY**

NOTICE OF APPEARANCE OF COUNSEL
Case No. 4-07-70609WDB

1