AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**
PLEASE SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PLEASE SEE ATTACHMENT

**DEFENDANT - U.S.**
▶ CORY DEONE GRAY,

E-filing

DISTRICT COURT NUMBER

**CR 07 0717 CW**

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No     If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ANDREW HUANG, AUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

### Attachment to Penalty Sheet - U.S. v. Cory Deone Gray

**Count One:**  18 U.S.C. §§ 1344(1) and (2)

**Penalties:**  30 years imprisonment, $1,000,000 fine; 5 years supervised release; $100 special assessment.

**Count Two:**  18 U.S.C. § 1343 – Wire Fraud

**Penalties:**  Maximum of 20 years imprisonment (30 years if affecting a financial institution); $250,000 fine ($1,000,000 if affecting a financial institution); 3 years supervised release (5 years if affecting a financial institution); $100 special assessment.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

CORY DEONE GRAY,

E-filing   **CR 07   0717**

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

---

## INDICTMENT                                    CW

VIOLATIONS: 18 U.S.C. §§ 1344(1) and (2) - Bank Fraud; 18 U.S.C. § 1343 – Wire Fraud

---

A true bill.

_____ Foreman

Filed in open court this 11/13/2007 day of

_____ Clerk

Bail, $ No process

SCOTT N. SCHOOLS (SC 9990)
United States Attorney



E-filing UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 07    0717

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 1344(1) and (2) – Bank Fraud; 18 U.S.C. § 1343 – Wire Fraud |
| v. | |
| CORY DEONE GRAY, | OAKLAND VENUE |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### INTRODUCTION

At all times relevant to this Indictment and incorporated by reference in all counts:

1. Fremont Bank was a bank with its operation center in Hayward, California and 24 branch locations, all within the Northern District of California. Located at the Hayward operation center, the Fremont Bank Call Center (the "Call Center") handled telephone inquiries and requests from customers and others doing business with Fremont Bank.

2. Fremont Bank was an "insured depository institution," meaning its deposits were insured by the Federal Deposit Insurance Corporation. Fremont Bank was, therefore, a "financial institution" as defined at Title 18, United States Code, Section 20(1).

INDICTMENT
UNITED STATES v. CORY DEONE GRAY

1    <u>COUNT ONE</u>: (18 U.S.C. §§ 1344(1) and (2) – Bank Fraud)

2        3. Paragraphs 1 and 2 are incorporated herein by reference.

3        4. Beginning on a date unknown, but no later than October 16, 2007, and continuing to on

4 or about October 17, 2007, in the Northern District of California and elsewhere, the defendant,

5 CORY DEONE GRAY,

6 knowingly executed and attempted to execute a scheme and artifice to defraud Fremont Bank

7 and, by means of materially false and fraudulent pretenses, representations, and promises, to

8 obtain money, funds, credits, assets, securities, and other property owned by, and under the

9 custody and control of, Fremont Bank.

10       5. To execute this scheme and artifice to defraud, on or about October 16 and 17, 2007,

11 defendant (a) made the materially false representation that he was a certain customer of Fremont

12 Bank with initials L.A.G. ("L.A.G."), (b) submitted materially false and fraudulent wire transfer

13 instructions to Fremont Bank that falsely purported to be instructions from L.A.G., and (c)

14 engaged in other materially deceptive acts, all designed to mislead the officials of Fremont Bank

15 into transferring money in the approximate amount of $376,798.00 from L.A.G.'s line of credit

16 account to an account in the name of "Certified Title Co." at SunTrust Bank in Atlanta, Georgia.

17       All in violation of Title 18, United States Code, Sections 1344(1) and (2).

18 <u>COUNT TWO</u>: (18 U.S.C. § 1343 – Wire Fraud)

19       6. Paragraphs 1 and 2 are incorporated herein by reference.

20       7. Beginning on a date unknown, but no later than October 16, 2007, and continuing to on

21 or about October 17, 2007, in the Northern District of California and elsewhere, the defendant,

22 CORY DEONE GRAY,

23 did knowingly devise and intend to devise a material scheme and artifice to defraud Fremont

24 Bank and at least one of its customers and to obtain money by means of materially false and

25 fraudulent pretenses and representations, and, for the purpose of executing that scheme and

26 artifice to defraud, did knowingly transmit and cause to be transmitted, by means of wire

27 communication in interstate commerce, writings, signs, signals, and sounds.

28       8. It was part of the scheme and artifice to defraud that defendant falsely represented that he

INDICTMENT
UNITED STATES v. CORY DEONE GRAY

1. was a certain customer of Fremont Bank with initials L.A.G. ("L.A.G."), without L.A.G.'s authorization, and, using a facsimile machine in Phoenix, Arizona, fraudulently instructed Fremont Bank in Hayward, California, on or about October 16 and 17, 2007, to transfer funds in the approximate amount of $376,798.00 from that customer's account to an account in the name of "Certified Title Co." at SunTrust Bank in Atlanta, Georgia.

9. In furtherance of and to execute his scheme and artifice to defraud, defendant, on or about October 17, 2007, knowingly transmitted and caused to be transmitted, by means of wire communication in interstate commerce, from Kinko's Office and Print, located on North 20th Street in Phoenix, Arizona, to telephone number (510) 780-0753, which was a telephone number for a Fremont Bank facsimile machine located in Hayward, California, a facsimile transmission of a document bearing the purported signature of L.A.G. and instructing Fremont Bank to transfer funds in the amount of $376,798.00 from L.A.G.'s line of credit account (account number ending in -5502) to a SunTrust Bank account (account number ending -0198) in the name of "Certified Title Co."

10. Defendant's conduct affected a financial institution, namely Fremont Bank.

All in violation of Title 18, United States Code, Section 1343.

DATED: November 13, 2007        A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA HUANG

INDICTMENT
UNITED STATES v. CORY DEONE GRAY