SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-0717 CW |
|    Plaintiff, ) | STIPULATION AND PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. ) | |
| CORY DEONE GRAY, ) | |
|    Defendant. ) | |
| ) | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant Cory Deone Gray is charged with bank fraud, in violation of 18 U.S.C. §§ 1344(1) and (2), and wire fraud, in violation of 18 U.S.C. § 1343. During the parties' last appearance on November 14, 2007, the Court ordered the government to provide discovery by 5:00 p.m. today, November 28, 2007. Due to the nature of the case, the discovery contains personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers, pertaining to the victims and/or witnesses in this case. Much of this information is not easily redactable.

PROTECTIVE ORDER
CR 07-0717 CW

1 Pursuant to Federal Rule of Criminal Procedure 16, the parties agree and request that the Court subject disclosure of discovery materials provided to the defendant to the following restrictions:

1. Except when being actively examined for the purpose of preparing the defense of defendant Cory Deone Gray, the discovery materials containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of their law firm who are working with them to prepare the defendant's defense, and their investigators. Defense counsel, members of their law firm, the defendant, and the investigators shall not permit any person access of any kind to the materials or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2. The following individuals may examine the materials and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Cory Deone Gray and for no other purpose:

    a) Counsel for defendant;

    b) Members of the defendant's law office who are assisting with the preparation of Cory Deone Gray's defense;

    c) Investigators retained or appointed by the defendant to assist in the defense of this matter; and

    d) Defendant Cory Deone Gray, but only in the presence of defense counsel or another authorized person listed in this paragraph.

If defense counsel determines that additional persons are needed to review the materials, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the materials at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a

PROTECTIVE ORDER
CR 07-0717 CW                                        2

copy of this Order acknowledging that

    a)     they have reviewed the Order;

    b)     they understand its contents;

    c)     they agree that they will only access the materials and information for the purpose of preparing a defense for defendant Cory Deone Gray;

    d)     they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

    5.     No other person may be allowed to examine the material without further court order. Examination of the materials shall be done in a secure environment which will not expose the materials to other individuals not listed above.

    6.     Materials such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter. No person, including defendant Cory Deone Gray, may retain copies of these materials except those persons listed in above in Restriction 2, Sections a, b, and c. Such authorized copies must be secured in the same manner as described in Restriction 1 above.

    7.     Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of materials containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

    8.     Within ten court days of the judgment and sentencing hearing in this matter, all materials provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the government. The government shall destroy them. If defendant believes that he or she must maintain the material for any reason related to appeal, defendant must seek authorization from the District Court within five days of the sentencing and judgement in this matter.

1   To allow time for consideration of this Stipulation and entry of the Protective Order, the
2   parties further agree and request that the Court extend the government's discovery deadline by
3   one week, to 5:00 p.m. on December 5, 2007.
4   STIPULATED:

6   DATED:    November 28, 2007              _____/s/_____
                                             BOOKER T. EVANS, Jr.
7                                            ALISHA M. LOUIE
                                             Attorneys for Defendant Cory Deone Gray

9   DATED:    November 28, 2007              _____/s/_____
10                                           ANDREW S. HUANG
                                             Assistant United States Attorney

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

17          IT IS SO ORDERED that disclosure of the above-described discovery materials
18  shall be restricted as set forth above.
19          IT IS FURTHER ORDERED that government's discovery deadline is hereby
20  extended by one week, to 5:00 p.m. on December 5, 2007

23  DATED:    November 29, 2007             _____
                                            WAYNE D. BRAZIL
24                                          United States Magistrate Judge

PROTECTIVE ORDER
CR 07-0717 CW                          4