UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 12/5/07

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00717 CW

**Defendant:** Corey Deone Gray (present)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Booker T. Evans; Alisha Louie

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing: Trial Setting (initial app.)**

**Notes:** This was the defendant initial appearance before District Judge. Defense just received discovery today. **Case continued to Tuesday, 1/8/08 at 2:00 p.m. for disposition or motions setting or trial setting.** If there is no disposition, Court will want to know on 1/8 if there will be motions filed and Court will set briefing schedule on those motions. If no disposition or motions, Court will set trial date on 1/8/08. Time excluded for effective preparation and continuity of counsel

Copies to: Chambers