**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010



December 26, 2007

Clerk of Court, US District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

**FILED**

DEC 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: USA v. Corey Gray
Your case number: ~~4-07-70609-WDB~~   CR 07-717-CW
Arizona case number: 07-03920M-001

Dear Clerk of the Court:

The above charge originated in your district.  The defendant has appeared before Magistrate Judge Michelle H. Burns in the District of Arizona.  The following action has been taken.

☐    U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☒    THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 11/14/2007 at 10:00 AM

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov.  Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to this office.

                              Sincerely,

                              RICHARD H. WEARE,
                              CLERK OF COURT/DISTRICT COURT EXECUTIVE

                              By: s/M. Morgan
                                 Michele Morgan
                                 Deputy Clerk

Enclosures

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 10/18/2007 CASE NUMBER: 07-03920M-001

USA vs. Cory Gray

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON #: 70BI

A.U.S. Attorney  Richard Mesh INTERPRETER _____
 LANGUAGE _____

Attorney for Defendant Dougals Passon (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 10/17/2007 ☒ Initial Appearance ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed
☒ Rule 5(c)(3) ☐ Defendant states true name to be ___. Further proceedings ORDERED
 in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for: 10/23/07 at 1:30 PM<br>Before: MAGISTRATE JUDGE BURNS<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br> ☐ Flight risk  ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 10/23/07 at 1:30 PM<br>Before: MAGISTRATE JUDGE BURNS<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 10/23/07 at 1:30 PM<br>Before: MAGISTRATE JUDGE BURNS<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: _____

 Recorded by Courtsmart
 BY: Sherise M. Hargrove
 Deputy Clerk

IA 6 min

cc: AUSA, AFPD, PTS

I hereby attest and certify on 12-26-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

```
☒ FILED        ___ LODGED
___ RECEIVED   ___ COPY

       OCT 1 8 2007

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

Cory Gray,

Defendant.

No. 2:07-03920M-001

**ORDER APPOINTING COUNSEL**

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: __Wire Fraud__

IT IS HEREBY ORDERED appointing the Federal Public Defender by:

( ) United States District Judge _____

(✓) United States Magistrate Judge __Lawrence O. Anderson__

CASE ASSIGNED TO: __Doug Passon__
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

I hereby attest and certify on __12-26-07__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____

DATED this __18__ day of __October__, 200__7__.

_____ Deputy

__Lawrence O. Anderson__
UNITED STATES MAGISTRATE JUDGE

\AppointOrder

cc: AFPD

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | |

DATE: 10/23/2007        CASE NUMBER:  07-03920M-001

USA vs.  Cory Gray

U.S. MAGISTRATE JUDGE: MICHELLE H. BURNS  #: 70BT

A.U.S. Attorney  Richard I. Mesh _____  INTERPRETER _____
                                                         LANGUAGE _____
Attorney for Defendant  Douglas A. Passon (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA___
☐ Financial Afdvt taken            ☐ Initial Appearance              ☐ Appointment of counsel hearing held
☒ Rule 5(c)(3)                     ☐ Defendant Sworn                 ☐ Financial Afdvt sealed
                                   ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                     in Defendant's true name.

| DETENTION HEARING:<br>☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☒ Defendant ordered released O/R w/conditions on $25,000.00 unsecured signature bond<br>☐ Defendant continued detained pending trial | IDENTITY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☒ Held to answer before District Court | STATUS HEARING: re:_____<br>☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Order to follow with date/time for defendant to appear in prosecuting district.

Recorded by Courtsmart
BY:  Kathy Lara
Deputy Clerk

I hereby attest and certify on 12-26-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By /s/ _____ Deputy

DH: 5 mins.
PH: 1 min.
ID: 1 min.

cc: AUSA/AFPD/PTS/USMS

**United States District Court--District of Arizona - Phoenix**
**Order Setting Conditions of Release**

```
                                                    ✗ FILED      ___ LODGED
                                                    ___ RECEIVED ___ COPY

                                                        OCT 2 3 2007

                                                    CLERK U S DISTRICT COURT
                                                     DISTRICT OF ARIZONA
                                                    BY_____ DEPUTY
```

DATE: 10/23/2007     CASE NUMBER: 07-03920M-001

USA vs. Cory Gray

☒ **PERSONAL RECOGNIZANCE**
☒ **AMOUNT OF BOND**   **$25,000.00 signature bond**
      ☒ UNSECURED
      ☐ SECURED BY_____
      SECURITY TO BE POSTED BY_____

NEXT APPEARANCE   or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #♦, ♦ Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

☒    appear at all proceedings as required and to surrender for service of any sentence imposed.

☒    not commit any federal, state or local crime.

☒    immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒    maintain or actively seek verifiable employment if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒    not travel outside of: Arizona, the Northern District of California and Texas
except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only unless express PRIOR Court or Pretrial Services permission is granted to do so.

☐    avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), and/or (   ) the custodial parent, except Defendant may communicate with custodial parent solely for visitation purposes with his/her minor child(dren): _____

☒    report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐    report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐    execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐    Defendant is placed in the third party custody of_____

☐    refrain from ☐ any ☐ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 USC 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice.

☐    participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services.

☐    surrender any passport to the Clerk of the Court by_____

☐    obtain no passport.

☐    not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☒    maintain weekly contact with his/her counsel by Friday, noon of each week with Douglas A. Passon.

☐    shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☐    The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐    _____

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE 10/23/2007 | SIGNATURE OF DEFENDANT |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: 10/23/2007

MICHELLE H. BURNS
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY
All distribution done - 10/23/07 VB

I hereby attest and certify on 12-26-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy

AO 98/AZ 7/00 Appearance Bond

```
                                   FILED  ____ LODGED
                                  ____ RECEIVED  ____ COPY
```

# UNITED STATES DISTRICT COURT
## District of Arizona

OCT 2 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Cory Gray | **APPEARANCE BOND**<br><br>Case     07-03920M-001 |

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __25,000.00 unsecured signature bond__ ; ~~and there has been deposited in the Registry of the Court the sum of~~
$ _____ ~~in cash or~~ _____ ~~(describe other security.)~~

The conditions of this bond are that the defendant _____Cory Gray_____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed ___10/23/2007___ at ___Phoenix, Arizona___
                              Date                                        Place

Defendant _[signature]_____

Surety _____

Surety _____

Signed and acknowledged before me ___10/23/2007___
                                              Date

Kathy Lara
Judicial Officer/Clerk

Approved _[signature] Michelle Burns_
Judicial Officer

I attest and certify on _12-26-07_ the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _[signature]_____ Deputy

cc: AUSA/DE Cnsl - Distribution done 10/23/07

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __Arizona__

X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

__Cory Gray__

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __07-3920 M__

CHARGING DISTRICTS
CASE NUMBER: __4-07-70609__

I understand that charges are pending in the __Northern__ District of __California__ alleging violation of __18 USC §§ 1343 +1344__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution;

(4)   a detention hearing to determine whether I can be released pending further proceedings; and

(5)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) Identity hearing

(X) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

( ) I reserve my right to have a detention hearing in the prosecuting district.

_____
Defendant

__10/23/07__
Date

_____
Defense Counsel

I hereby attest and certify on __12-26-07__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

cc: AUSA/Def Cnsl - Distribution done - 10/23/07

AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ ARIZONA _____

UNITED STATES OF AMERICA
V.

Cory Gray

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 07-03920M

CHARGING DISTRICTS CASE NUMBER: 4-07-70609 WDB

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ Northern _____ District of _____ California _____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ Ronald V. Dellums Federal Building _____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 1301 Clay Street in Oakland, CA 94612 on November 14, 2007 at 10:00 a.m. before 3rd Floor, courtroom 4    Magistrate Judge Wayne D. Brazil

*Date and Time*

I hereby attest and certify on 12-26-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

October 30, 2007
*Date*

[signature]
*Signature of Judge*

Michelle H. Burns, United States Magistrate Judge
*Name and Title of Judge*

cc: AUSA/AFPD/PTS

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-03920-LOA-1
### *Internal Use Only*

Case title: USA v. Gray  
Other court case number: 4-07-70609 WDB US District Court, Northern District of California  
Date Filed: 10/17/2007  
Date Terminated: 11/01/2007

---

Assigned to: Magistrate Judge Lawrence O Anderson

**Defendant (1)**

**Corey Gray**  
*TERMINATED: 11/01/2007*

represented by **Douglas Andrew Passon**  
Federal Public Defenders Office  
850 W Adams St  
Ste 201  
Phoenix, AZ 85007-2730  
602-382-2700  
Fax: 602-382-2800  
Email: doug_passon@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
18:1343 and 1344(2) -Fraud by Wire, Radio, or Television

**Disposition**

---

**Plaintiff**

**USA**

represented by **Richard I Mesh**  
US Attorney's Office  
2 Renaissance Sq  
40 N Central Ave  
Ste 1200  
Phoenix, AZ 85004-4408  
602-514-7500  
Fax: 602-514-7450  
Email: richard.mesh@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | 1 | Arrest (warrant issued other district) of Corey Gray (MAP) (Entered: 10/19/2007) |
| 10/17/2007 | 2 | Rule 5(c)(3) Documents Received as to Corey Gray (MAP) (Entered: 10/19/2007) |
| 10/18/2007 | 3 | Minute Entry for proceedings held before Judge Lawrence O Anderson : Initial Appearance in Rule 5(c)(3) Proceedings as to Corey Gray held on 10/18/2007. Attorney Appointment Hearing held. Appointing Douglas Passon with Appointment type: AFPD. FINANCAIL AFFIDAVIT TAKEN. Detention Hearing set for 10/23/2007 01:30 PM before Magistrate Judge Michelle H Burns. Identity/Removal Hearing – Rule 5(c)(3) set for 10/23/2007 01:30 PM before Magistrate Judge Michelle H Burns. Preliminary Examination set for 10/23/2007 01:30 PM before Magistrate Judge Michelle H Burns.(Court Reporter COURTSMART). (cc: AUSA/Dft's Cnsl/PTS)(MAP) (Entered: 10/22/2007) |
| 10/18/2007 | 4 | ORDER APPOINTING COUNSEL as to Corey Gray. Douglas Andrew Passon appointed. Signed by Judge Lawrence O Anderson on 10/18/07. (cc: Dft's Cnsl)(MAP) (Entered: 10/22/2007) |
| 10/23/2007 | 5 | Minute Entry for proceedings held before Judge Michelle H Burns : Detention Hearing as to Corey Gray submitted on 10/23/2007, Rule 5(c)(3) Identity Hearing waived. Preliminary Examination waived. Dft released O/R w/conditions on $25,000.00 unsecured signature bond. Order to follow with date/time for dft to appear in prosecuting district. (Court Reporter COURTSMART). (cc: USAO/dft's cnsl/PTS/USM)(REW, ) (Entered: 10/29/2007) |
| 10/23/2007 | 6 | ORDER Setting Conditions of Release as to Corey Gray (1) O/R w/conditions and $25,000 unsecured bond. Signed by Judge Michelle H Burns on 10/23/07.(REW, ) (Entered: 10/29/2007) |
| 10/23/2007 | 7 | Unsecured Signature Appearance Bond Entered as to Corey Gray in amount of $25,000.00 (REW, ) (Entered: 10/29/2007) |
| 10/23/2007 | 8 | WAIVER of Rule 5 and 5.1 Hearings by Corey Gray (REW, ) (Entered: 10/29/2007) |
| 11/01/2007 | 9 | ORDER as to Corey Gray that dft Appear in District of Prosecution or District Having Probation Jurisdiction and Transferring Bail. Signed by Judge Michelle H Burns on 10/30/07. (cc: USAO/FPD/PTS)(REW, ) (Entered: 11/01/2007) |

I hereby attest and certify on *12-26-07*
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy