JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-0717 CW |
| ) Plaintiff, ) | STIPULATION RE EXCLUDABLE TIME UNDER 18 U.S.C. § 3161 AND |
| ) v. ) | [PROPOSED] ORDER |
| ) CORY DEONE GRAY, ) | |
| ) Defendant. ) | |

     The United States, by and through its counsel, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States Attorney, and defendant, by and through his counsel, Booker T. Evans, Jr. and Alisha M. Louie, Greenberg Traurig, LLP, hereby agree as follows:

     The parties request that the disposition or motions setting or trial setting hearing currently set for January 8, 2008 at 2:00 p.m. be continued to January 30, 2008 at 2:30 p.m.  The parties further request that, based on the facts provided herein, time be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

     During the December 5, 2007 status hearing, the Court indicated that it would be amenable to continuing this matter to later in the month if resolution by plea agreement appears

STIPULATION RE CONTINUANCE AND EXCLUDABLE TIME
No. CR 07-0717 CW

1  likely.  The parties agree that this case will likely be resolved pursuant to a plea agreement.
2  Negotiations have progressed well and many terms and conditions of a potential agreement have
3  been resolved.  Defense counsel are conducting investigation and review of the discovery
4  materials in order to effectively advise the defendant, including advice regarding any potential
5  disposition.  Both parties are conducting additional investigation to achieve agreement upon key
6  terms and conditions of a potential plea agreement.
7      Furthermore, Mr. Evans, defendant's lead counsel, is unavailable January 14 through 17,
8  2008 due to a trial scheduled for another client in Maricopa County, Arizona, Superior Court.
9  Mr. Evans is also unavailable on January 23, 2008 due to a sentencing hearing for another client
10 set in Las Vegas, Nevada, before the Honorable James C. Mahan, United States District Court for
11 the District of Nevada.
12     For the foregoing reasons, the parties stipulate and agree that the ends of justice served by
13 a continuance to January 30, 2008 at 2:30 p.m. outweigh the best interests of the public and the
14 defendant in a speedy trial because the failure to grant such a continuance would unreasonably
15 deny defendant continuity of counsel and unreasonably deny counsel for the defendant the
16 reasonable time necessary for effective preparation, taking into account the exercise of due
17 diligence.

18 DATED:     January 7, 2008            Respectfully submitted,

19                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
20

21
                                         /s/
22                                       ANDREW S. HUANG
                                         Assistant United States Attorney
23

24

25 DATED:     January 7, 2008                 /s/
                                         BOOKER T. EVANS, Jr.
26                                       ALISHA M. LOUIE
                                         Greenberg Traurig, LLP
27                                       Attorneys for Defendant Cory Deone Gray

28 //

STIPULATION RE CONTINUANCE AND EXCLUDABLE TIME
No. CR 07-0717 CW

<u>ORDER</u>

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance of this matter to January 30, 2008 at 2:30 p.m. for Disposition or Motions Setting or Trial Setting outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny defendant continuity of counsel and unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded from December 5, 2007 to and including January 30, 2008 under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: January ___, 2008

Hon. CLAUDIA WILKEN
United States District Court
Northern District of California

STIPULATION RE CONTINUANCE AND EXCLUDABLE TIME
No. CR 07-0717 CW