1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail: andrew.huang@usdoj.gov

8

Attorneys for the United States of America

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,         )  No.   CR 07-0717 CW
                                      )
14 |         Plaintiff,                )  STIPULATION RE EXCLUDABLE TIME
                                      )  UNDER 18 U.S.C. § 3161 AND ORDER
15 |    v.                             )
                                      )
16 | CORY DEONE GRAY,                  )
                                      )
17 |         Defendant.                )
                                      )
18

19    The United States, by and through its counsel, Joseph P. Russoniello, United States

20 Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States

21 Attorney, and defendant, by and through his counsel, Booker T. Evans, Jr. and Alisha M. Louie,

22 Greenberg Traurig, LLP, hereby agree as follows:

23    The parties request that the disposition or motions setting or trial setting hearing currently

24 set for January 8, 2008 at 2:00 p.m. be continued to January 30, 2008 at 2:30 p.m.  The parties

25 further request that, based on the facts provided herein, time be excluded under 18 U.S.C.

26 §§ 3161(h)(8)(A) and (B)(iv).

27    During the December 5, 2007 status hearing, the Court indicated that it would be

28 amenable to continuing this matter to later in the month if resolution by plea agreement appears

STIPULATION RE CONTINUANCE AND EXCLUDABLE TIME
No. CR 07-0717 CW

1  likely.  The parties agree that this case will likely be resolved pursuant to a plea agreement.
2  Negotiations have progressed well and many terms and conditions of a potential agreement have
3  been resolved.  Defense counsel are conducting investigation and review of the discovery
4  materials in order to effectively advise the defendant, including advice regarding any potential
5  disposition.  Both parties are conducting additional investigation to achieve agreement upon key
6  terms and conditions of a potential plea agreement.

7  Furthermore, Mr. Evans, defendant's lead counsel, is unavailable January 14 through 17,
8  2008 due to a trial scheduled for another client in Maricopa County, Arizona, Superior Court.
9  Mr. Evans is also unavailable on January 23, 2008 due to a sentencing hearing for another client
10 set in Las Vegas, Nevada, before the Honorable James C. Mahan, United States District Court
11 for the District of Nevada.

12 For the foregoing reasons, the parties stipulate and agree that the ends of justice served
13 by a continuance to January 30, 2008 at 2:30 p.m. outweigh the best interests of the public and
14 the defendant in a speedy trial because the failure to grant such a continuance would
15 unreasonably deny defendant continuity of counsel and unreasonably deny counsel for the
16 defendant the reasonable time necessary for effective preparation, taking into account the
17 exercise of due diligence.

18 DATED:       January 7, 2008                    Respectfully submitted,

19                                                JOSEPH P. RUSSONIELLO
                                                  United States Attorney
20

21
                                                           /s/
22                                                ANDREW S. HUANG
                                                  Assistant United States Attorney
23

24

25 DATED:       January 7, 2008                            /s/
                                                  BOOKER T. EVANS, Jr.
26                                                ALISHA M. LOUIE
                                                  Greenberg Traurig, LLP
27                                                Attorneys for Defendant Cory Deone Gray

28 //

STIPULATION RE CONTINUANCE AND EXCLUDABLE TIME
No. CR 07-0717 CW

|   |   |
|---|---|
| 1 | ORDER |
| 2 | Based on the reasons provided in the stipulation of the parties above, the Court hereby |
| 3 | FINDS that the ends of justice served by the continuance of this matter to January 30, 2008 at |
| 4 | 2:30 p.m. for Disposition or Motions Setting or Trial Setting outweigh the best interests of the |
| 5 | public and the defendant in a speedy trial because the failure to grant such a continuance would |
| 6 | unreasonably deny defendant continuity of counsel and unreasonably deny counsel for the |
| 7 | defendant the reasonable time necessary for effective preparation, taking into account the |
| 8 | exercise of due diligence. |
| 9 | Based on these findings, IT IS HEREBY ORDERED that time is excluded from |
| 10 | December 5, 2007 to and including January 30, 2008 under the Speedy Trial Act pursuant to 18 |
| 11 | U.S.C. §§ 3161(h)(8)(A) and (B)(iv). |
| 12 | Dated: January 8, 2008 |

_____
Hon. CLAUDIA WILKEN
United States District Court
Northern District of California

STIPULATION RE CONTINUANCE AND EXCLUDABLE TIME
No. CR 07-0717 CW