UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 1/30/08

**Plaintiff:** United States

**v.**                                                     **No.** CR-07-00717 CW

**Defendant:** Corey Deone Gray (present)

**Appearances for Plaintiff:**
Andrew Huang

**Appearances for Defendant:**
Booker Evans; Alisha Louie

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Change of Plea**

**Notes:** Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Count One of the Indictment charging bank fraud in violation of 18 USC 1344(1) and (2). Plea Agreement filed. Court finds factual basis for plea; Court accepts guilty plea. PSR requested. **Judgment and sentencing set for 5/7/08 at 2:30 p.m.**

Copies to: Chambers; probation