UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number       *CR-07-00717 CW*
Defendant's Name  *Corey Deone Gray*
Defense Counsel   *Booker Evans (ret.)*
Referral Date     *1/30/08*
Sentencing Date   *5/7/08 @ 2:30pm*

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

__X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: ___SHEILAH CAHILL___
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody:  *No*

Is defendant English-speaking?  *Yes*

---

cc: U. S. Probation