1  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California  94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com
5         louiea@gtlaw.com

6  Booker T. Evans, Jr. *(Admitted Pro Hac Vice)*
   GREENBERG TRAURIG, LLP
7  2375 East Camelback Road, Suite 700
   Phoenix, Arizona 85016
8  Telephone: (602) 445-8424
   Facsimile:  (602) 445-8100
9  Email: evansbt@gtlaw.com

10 Attorneys for Defendant Cory Gray

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               OAKLAND CRIMINAL DIVISION

15

16 UNITED STATES OF AMERICA          | Case No. CR 07-00717-01 CW

17              Plaintiff,

18 v.                                | **MOTION TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-3**

19 CORY GRAY,

20              Defendant.

21

22

23

24

25

26

27

28

1

MOTION TO CHANGE TIME

SV 346,283,126 1

1    Pursuant to Civil L.R. 6-3, Defendant Cory Deone Gray ("Defendant"), by and through his

2  undersigned counsel, hereby respectfully moves this Court to (1) reschedule the date for sentencing in

3  this matter, currently scheduled for May 7, 2008 at 2:30 p.m. to June 11, 2008 at 2:30 p.m.; (2)

4  extend the date for the submission of Defendant's sentencing memorandum, consistent with the

5  extension of the sentencing hearing.

6    Grounds exist for this Court to continue the sentencing hearing based on the following:

7    1.  Defendant's lead counsel, Booker T. Evans, Jr., has been unable to provide adequate

8        time to Defendant's defense due to his representation of other clients, including a jury

9        trial and pretrial matters associated with the trial preparation.

10   2.  Defendant resides in the State of Texas whereas his counsel reside in the State of

11       Arizona and State of California, making communication and the exchange of

12       information difficult.

13   3.  Defendant is without adequate technological resources to enable him to timely assist

14       in the exchange of information, including documents necessary for Defendant's

15       sentencing memorandum.

16   4.  Defendant and his counsel require additional time to adequately prepare his sentencing

17       memorandum, including the collection of information which might serve to mitigate

18       Defendant's sentence.

19   5.  Defendant will be substantially harmed or prejudiced if the sentencing hearing is not

20       continued because he will be unable to adequately provide the Court with mitigating

21       information for the Court to consider in crafting an appropriate sentence.

22   6.  Counsel for Defendant have sought the stipulation of the United States, by and

23       through its counsel, Joseph P. Russoniello, United States Attorney for the Northern

24       District of California and Andrew S. Huang, Assistant United States Attorney (the

25       "Government"). The Government only agreed to the proposed hearing date of June 11,

26       2008 at 2:30 p.m. but did not agree to a continuance from the already scheduled

27       sentencing hearing.

28

MOTION TO CHANGE TIME

SV 346,283,126 1

7. Previously, the United States and Defendant, by and through their counsel, stipulated that the disposition or motions setting or trial setting hearing, scheduled for January 8, 2008 at 2:00 p.m. be continued to January 30, 2008 at 2:30 p.m. This Stipulation Re Excludable Time under 18 U.S.C. § 3161 was Ordered by this Court.

8. Should Defendant's request be granted, Defendant's sentencing memorandum shall be submitted by June 4, 2008.

WHEREFORE, for the foregoing reasons, Defendant Cory Deone Gray respectfully requests this Court to continue the date of his sentencing hearing, currently scheduled for May 7, 2008 at 2:30 p.m. to June 11 at 2:30 p.m. and extending the date for submission of Defendant's sentencing memorandum consistent with the extension of the sentencing hearing.

Dated: April 30, 2008.                    GREENBERG TRAURIG, LLP

By: _____
William J. Goines
Booker T. Evans, Jr.
Alisha M. Louie

Attorneys for Defendant Cory Deone Gray

MOTION TO CHANGE TIME

SV 346,283,126 1

1
2

## ORDER

3    Based on the reasons provided in Plaintiffs Motion to Change Time, pursuant to Civil L.R. 6-

4    3, the Court hereby grants Defendant's Motion to Change Time.

5    IT IS HEREBY ORDERED that (1) Defendant's sentencing hearing, currently scheduled for

6    May 7, 2008 at 2:30 p.m. be rescheduled to June 11, 2008 at 2:30 p.m.; and (2) that the date for the

7    submission of Defendant's sentencing memorandum be extended, consistent with the extension of the

8    sentencing hearing.

9

10    DATED:_____, 2008.        _____

11                                          HON. CLAUDIA WILKEN
                                           United States District Court
12                                          Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

SV 346,283,126 1