WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
       louiea@gtlaw.com

Booker T. Evans, Jr. *(Admitted Pro Hac Vice)*
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8424
Facsimile: (602) 445-8100
Email: evansbt@gtlaw.com

Attorneys for Defendant Cory Gray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CORY GRAY,<br><br>        Defendant. | No. CR 07-00717-01 CW<br><br>**STIPULATION RE EXCLUDABLE TIME UNDER 18 U.S.C § 3161 AND [PROPOSED] ORDER** |

      Defendant Cory Deone Gray ("Defendant") by and through his counsel, Booker T. Evans, Jr. and Alisha M. Louie, Greenberg Traurig, LLP, and the United States, by and through its counsel, Joseph P. Russoniello. United States Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States Attorney, hereby agree as follows:

      The parties request that Defendant's sentencing hearing, presently scheduled for May 7, 2008 at 2:30 p.m. (1) be continued to June 11, 2008 at 2:30 p.m.; and (2) the date for the submission of Defendant's sentencing memorandum be extended, consistent with the extension of the sentencing hearing. The parties further request that, based on the facts provided herein, time be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

      Defendant's lead counsel, Booker T. Evans, Jr., has been unable to provide adequate time to Defendant's defense due to his representation of other clients, including a jury trial and pretrial matters associated with the trial preparation. Defendant and his counsel require additional time to adequately prepare his sentencing memorandum, including the collection of information which might serve to mitigate Defendant's sentence. Defendant, who resides in the State of Texas, is without adequate technological resources to enable him to timely assist in the exchange of information, including documents necessary for Defendant's sentencing memorandum with his counsel who reside in the States of Arizona and California.

//
//
//
//
//
//
//
//
//
//
//

For the foregoing reasons, the parties stipulate and agree that the ends of justice served by a continuance to June 11, 2008 at 2:30 p.m. outweigh the best interests of the public and the Defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny Defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: April 30, 2008.

GREENBERG TRAURIG, LLP

By: _____
William J. Goines
Booker T. Evans, Jr.
Alisha M. Louie

Attorneys for Defendant Cory Deone Gray

Dated: April 30, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
Andrew S. Huang
Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance of Defendant's sentencing hearing to June 11, 2008 at 2:30 p.m. outweigh the best interests of the public and the Defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny Defendant and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED that (1) Defendant's sentencing hearing, currently scheduled for May 7, 2008 at 2:30 p.m. be rescheduled to June 11, 2008 at 2:30 p.m.; and (2) that the date for the submission of Defendant's sentencing memorandum be extended, consistent with the extension of the sentencing hearing. Further, time is excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

DATED:_____, 2008.

_____
HON. CLAUDIA WILKEN
United States District Court
Northern District of California