WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
       louiea@gtlaw.com

Booker T. Evans, Jr. *(Admitted Pro Hac Vice)*
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8424
Facsimile: (602) 445-8100
Email: evansbt@gtlaw.com

Attorneys for Defendant Cory Gray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CORY GRAY,<br><br>    Defendant. | Case No. CR 07-00717-01 CW<br><br>**NOTICE OF WITHDRAWAL** |

TO THE COURT AND ATTORNEYS FOR THE UNITED STATES:

PLEASE TAKE NOTE that pursuant to Civil L.R. 7-7(e), Defendant Cory Deone Gray ("Defendant") hereby withdraws his Motion to Change Time, filed with this Court on April 30, 2008. This motion is withdrawn based on the parties' Stipulation Re Excludable Time Under 18 U.S.C. § 3161 and Proposed Order, filed April 30, 2008, which seeks an Order of the Court to (1) continue the date for sentencing in this matter from May 7, 2008 at 2:30 p.m. to June 11, 2008 at 2:30 p.m.; (2) extend the date for submission of Defendant's sentencing memorandum, consistent with extension of the sentencing hearing; and (3) exclude time under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: April 30, 2008.

GREENBERG TRAURIG, LLP

By: _____
William J. Goines
Booker T. Evans, Jr.
Alisha M. Louie

Attorneys for Defendant Cory Deone Gray