JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:    andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0717-CW |
|     Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM |
|   v. ) | Hearing Date:  June 11, 2008 |
| CORY DEONE GRAY, ) | Hearing Time:  2:30 p.m. |
|     Defendant. ) | |

    On January 30, 2008, defendant Cory Deone Gray pled guilty to one count of bank fraud, in violation of 18 U.S.C. § 1344, pursuant to a Plea Agreement with the government. On April 25, 2008, the United States Probation Office ("USPO") disclosed its final presentence report ("PSR"). Based on the reasons identified in the PSR and taking into consideration the factors listed under 18 U.S.C. § 3553(a), the government hereby concurs with USPO's recommended sentence of 27 months, 3 years supervised release, $6000 fine, and the $100 special assessment. In light of the offense of conviction, the government requests that during his term of supervised release, the defendant must have prior USPO permission to be employed in a position where he will have access to personal identification or financial information of other persons, including,

but not limited to, dates of birth, Social Security numbers, bank account information and any biometric data.  The government will move to dismiss Count Two of the Indictment at the time of sentencing.

DATED: June 3, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                       _____/s/_____
                                       ANDREW S. HUANG
                                       Assistant United States Attorney

UNITED STATES' SENTENCING MEMORANDUM
No. CR 07-0717-CW                                    2