# Exhibit A

Cory D. Gray
6010 Verandis Circle
Fort Worth, Texas  75312

June 4, 2008

Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA  94612

Dear Judge Wilken:

I have contemplated over and over in my mind of what could I possibly say that will give you a true picture of my character and who I am as a person.  I do not view myself as a heinous criminal but as a young black man with a college education who made an irreversible mistake.  The mistake that I made violated the criminal law, and if I had one "do-over," it would be to make the right choice.  As you are reading my letter, I pray that you will look at my life as a compassionate and understanding human being.

I am a twenty-six (26) year old black male from Clarksville, Texas.  My younger sister, Candra Gray, and I were raised by a single mother, Chris Ann Gray, in the rural community of Caneywell, which is located in the countryside of Clarksville/Avery, Texas.  My biological father was not involved in my life, the only father-figure that I have known is my elderly, maternal grandfather, Ernest Gray.  I call him PaPa.  My PaPa had a house for my mother, sister, and I placed next to his residence, so that he could help my mother in rearing Candra and me.  My family grew up on a farm, we were extremely poor and tried our best in making ends meet.  I began helping out with chores on the farm at a very young age.  My PaPa, who is currently eighty-five (85) years of age, is a hard-working ex-factory laborer.  He instilled in me the same Christian values and work ethic that were instilled in him by his parents.  To him, life was the following: "Work, Family, and Church."  Nothing else matters.

I knew at a young age that I wanted a better life for myself, so I sought an interest in sports.  I began playing basketball for Avery Independent School District and received my first actual job for which I received pay, during the summer of my 7th grade year.  I worked through a federally-funded program for youth who came from low-income families, "JTPA."  I was, and still am, a good student, son, and grandson.  I worked in order to help my mother support our family, my PaPa, and play basketball.

During my years in the Avery Independent School District, I was a student athlete with a B-average and a hope and faith that one day, God, for all of my hard work, and dedication would bless me tremendously. As a junior at Avery High School, I received All-State Honors

and was named the District's Most Valuable Player in basketball. In my mind, basketball was my way of living beyond my poor and rural life which was all I knew at the time.

During the summer before my senior year in high school, my family knew that my way out of this rural community was to earn a basketball scholarship, which was more available in a larger school district. My family made a tremendous sacrifice by re-locating to the city limits of Clarksville. This allowed me to have a better opportunity to be recruited for a basketball scholarship to college. In order for me to attend Clarksville Independent School District, I had to live within the borders of that school district. For this to have happened, I needed to contribute financially. So my new life began my senior year at Clarksville High School; however, there was still much work to be done. I began in a work-study program to help my mother pay rent and bills in order for me to remain at CHS. I worked from 7:00 a.m. until 12:00 p.m. Afterwards, I attended classes, basketball practice, and games. I knew that I had to assume this responsibility in order to enhance my opportunity for a college education and athletic career.

At the end of my senior year, I was recruited to play basketball for Chemeketa Community College in Salem, Oregon. I wanted to take advantage of that opportunity, so I re-located to Oregon, as a complete stranger, stepping out on faith. I had not been introduced to the coach yet, so my life was in God's hands because I had nothing but a suitcase full of clothes. Once at Chemeketa, I began a work-study job immediately in order to help pay for my living expenses. During my freshman year playing basketball, I came to the realization that I had a talent in Track and Field. I never knew this because Avery ISD did not have a Track and Field program. I was recruited by the Track coach at Chemeketa. During my time there, I had two very successful track seasons. I won in the NWAAC Championship Track and Field Meet in the 100 Meters Dash and was a two-time Junior College All-American in Track. I was a successful student athlete and received my Associate Degree from Chemeketa Community College.

Because of my success in track at Chemeketa, I was recruited by the coaches at the University of Oregon, Eugene, Oregon. I began college at the University of Oregon in 2001. This was another difficult transition for me, being at a university as opposed to a community college. Again, I was a total and complete stranger from Texas, but soon, I made many friends. One good friend in particular who is now an NFL Athlete, Sammie Parker, and I began promoting parties to earn money and I was also hired as a Leasing Agent at the University Commons, an apartment complex at the university. For the next two years while attending the University of Oregon my work ethic was 110% at my job, school, and athletics. Working helped off-set the cost of my rent, which was a huge help, as my family continued to struggle financially. For this same reason, I only had the opportunity to fly home to Texas twice a year.

During the summer months, I was able to come home for just a couple of weeks. While visiting my family back home, I would work during those two weeks by doing odd jobs, helping with youth camps, and programming for the Red River Youth Association. When I returned to Oregon for my final summer sessions, I interned with an insurance firm in Seattle, Washington called Marsh & McLennon.

I left Oregon to return home to Texas in the fall of 2003. To my regret, I left the University of Oregon with one class remaining in order to graduate with a Bachelors Degree. At that time, I was under the impression, from my guidance counselor, that I had completed my studies and would receive my Bachelors of Arts Degree in Sociology with a minor in Business Administration. I even participated in the graduation ceremony. With this being said, I have only one class remaining until I receive my Bachelor of Arts Degree in Sociology from the University of Oregon, Eugene, Oregon. I want to accomplish this for myself and my family. I will be the first in my family to obtain a college education.

When I returned home, I started working as a substitute teacher at Avery High School. With it being a rural community, employment with a college education is sparse. I was seen as a positive male role model in both the Avery and Clarksville areas, in which youth here are very much in need of positive role models. At a young age, my PaPa stressed to me that just because I was raised without a father, it was not an excuse to fail to reach my full potential. Because of those words, it has always been my goal to not only be successful but be a positive role model and support my community. Besides being a substitute teacher, I also worked as a Customer Service Representative for TCIM Telemarketing Services in Paris, Texas. I worked hard to save up enough money to re-locate to the nearest largest city, which was Dallas, Texas. I knew that employment opportunities there would be much better.

By 2004, I finally saved enough money to re-locate to Dallas. Shortly after the move, I was employed as a Sales Consultant for Oakley Custom Homes. I felt that I still had a responsibility to my family, so I continued to send money home to help. I was able to do so by not only maintaining my job with Oakley Custom Homes but also seeking a job as a Party Promoter, which I had also done while in college at the University of Oregon. I continued this business while at home and after moving to Dallas. Once in Dallas, I began party promoting on my own and continued to successfully do so now. I have always been able to make friends easily so being a Party Promoter came naturally to me. After a short work period with Oakley Custom Homes, I was employed as a Leasing Agent at Camino Real Apartments in Dallas. During my time there, I was promoted to the position of Senior Leasing Agent. Because I started working at such a young age, working multiple jobs was comfortable for me. I worked as a Leasing Agent, Party Promoter, and even ventured into the Auto Detail Services. The jobs were very successful for me and were a means to earn extra income, which I so desperately needed. I continued with these jobs for a few years.

Time passed and days grew longer, but I still needed something else, something more. I am not the type of person to limit myself because I know my capabilities. I had an interest in income tax preparation. I met a friend at one of the party events, who gave me the idea of starting an income tax preparation business. With my friendly personality, he thought that I would be an instant success. I took his advice and began to help with work at a local tax office. I remember working seventeen (17) hour days at times, but it was necessary for me to achieve the goals that I set for myself. I left the job as a Senior Leasing Agent and began promoting parties full-time.

By mid-year 2006, I was doing party promotion for independent events with the 9ine Group of Dallas. This was when I began to work for the world re-known club, Ghostbar. I hosted parties for celebrities such as Justin Timberlake and Terrell Owens of the Dallas Cowboys.

In January 2008, a partner and I opened our own business called, Tax and Financial Solutions in Paris, Texas. This was the first African-American owned and operated income tax office in Paris. In my opinion, this was another way for me to financially contribute to my family and give back to the community, which is the sum of my life.

Honorable Judge Wilken, my mistake has caused an embarrassment to my family, community, and to me. I have failed children who look up to me throughout my community. I have disappointed a lot of people, especially my PaPa. I have prided myself all my life because I did not allow society to involve me in the world of drugs, violence, or even become another young black male behind prison bars. My mistake affects me now like nothing before, and I will have to pay for this mistake for the rest of my life. I am remorseful and honestly apologize for any injustice that my mistake has been for your Court, my family, my community, and anyone else that was affected. Since I have not been in trouble before as an adult, I pray that you will have mercy on me during the punishment phase. When I face the punishment that you impose, I know I will be a felon. I had hopes of one day, completing my college education and obtaining my Bachelor's Degree in Sociology. The meaning of Sociology is the following: the systematic study of the development, structure, interaction, and collective behavior of organized groups of human beings. A Felony in my Criminal History will prohibit me from obtaining employment as a Teacher, Probation Officer, Social Worker, or any other social/human services field of employment all due to an irreversible mistake on my part. Furthermore, I like and want to be a part in making a difference in national and world orders. A Felony Criminal History will also prohibit me from voting, having The Right to Bear Arms, etc. It will prohibit me from leasing an apartment in the state of Texas. I pray that I won't continue to pay for a crime in which for I am already repaying a debt to society. I pray that I will have the opportunity to place that gleam back in my PaPa's eyes that I once knew when he spoke of me and looked at me. I hope that my irreversible mistake will soon be a distant memory which taught me a valuable lesson about choices. I now know that freedom, which I took for granted, can be taken away as quickly as it is given. Honorable Judge Wilken, I hope that you feel the pain and regret in my heart, and please take all that I have said into consideration upon making your final decision.

Respectfully submitted,

Cory D. Gray

4

Ms. Chris Gray
1614 West Jackson Street
Clarksville, TX 75426

May 1, 2008

Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Dear Judge Wilken:

I, Chris and Earnest Gray, Mother and Grandfather of Cory D. Gray, reared him up in a small community outside of Clarksville, Texas called Caneywell. Cory has one sister, Candra Gray, and they both were good children. Unfortunately, Cory made a mistake along the way as an adult and wants to rectify that mistake.

He cares deeply for his community and attempts to help anyone in any possible way, if he can. I am very proud of my son and love him dearly. Cory is also a very loving, caring person and worships his family. I know that he will make a very good father some day because he is protective of his family.

Thank you for taking the time to read my letter regarding my only son, Cory D. Gray.

Sincerely,

Chris Gray



Auburn University
Beard-Eaves Memorial Coliseum
P.O. Box 351
Auburn, AL 36831-0351

April 30, 2008

Honorable Judge Claudia Wilken
US District Court Northern District of California
1301 Clay St
Oakland, CA 94612

Dear Judge Wilken:

My name is John Cooper I am the Associate Head Men's Basketball Coach at Auburn University. I am writing this letter in support of Cory Gray. I have known Cory for the past six years. My wife and I consider Cory to be a member of the family. I first met Cory shortly after relocating to Eugene, Oregon. I was employed there at the University of Oregon and Cory was a student there at the time. I was impressed with Cory's work ethic, his eagerness to graduate and his motivation to become successful after graduation.

My wife and I admired the self reliance that Cory demonstrated being so far from his Texas home while managing studies and employment. Cory worked hard yet he still found time to relax and have fun with fellow students. Cory also occasionally promoted and hosted social events for students. He took great pride in each event he sponsored ensuring that is was not just fun but also safe.

While living in Eugene Cory visited us often and kept us informed of his latest challenges as a college student. Family is important to Cory and he often spoke of is grandparents and sister back home. He even hosted his younger sister on visits to Eugene occasionally and would make sure she had a good time but steered clear of any trouble.

I had the honor of attending Cory's graduation ceremony and was just as proud to be there as any other brother or Dad in the crowd. I share this information about a Cory with you so that you will know the character of the young man my wife and I took under our wing. He is responsible and wants to do well. Cory graduated and moved back to Texas and I relocated from Eugene to Auburn, AL in 2004 however we still stay in touch with Cory. I see him often when I am recruiting in Texas. He still calls my wife and I to let us know about his successes and his setbacks. We are still both proud of Cory because we know the core of his character and his desire to do right.

In closing, my wife and I will continue to support Cory. I tell him that life is a journey and on that journey we learn from our successes and our missteps. It is how we rebound from our missteps that is the often the truest testament to our character. I have faith in Cory's character.

Sincerely,

John Cooper

W W W . A U B U R N T I G E R S . C O M

Auburn Athletics Department    651 Roosevelt Dr. (36849)    P.O. Box 351    Auburn, AL 36831-0351    phone (334) 844-9760    fax (334) 844-9797

# AVERY INDEPENDENT SCHOOL DISTRICT

**150 San Antonio Street**
**Avery, Texas 75554**
**Telephone: (903) 684-3116**
**Fax: (903) 684-3093**

**Barry Bassett, Superintendent**
**Kelly Burns, Secondary Principal**
**Sue Jackson, Elementary Principal**



April 28, 2008

RE: Cory Gray

Honorable Judge Claudia Wilken
District Court
Northern District Court of California
1301 Clat St
Oakland, CA 94612

Honorable Judge Wilken:

Please allow me to introduce myself and explain why I am writing this letter to you. I am Sue Jackson, friend and former teacher of Cory Gray. I have known Cory since he was in third grade in elementary school. I am writing to attempt to tell you a little about the young man I know and his background.

As a student, Cory was very capable of doing anything he determined was important. I taught Cory for three years either as his English teacher, science teacher, or physical education teacher. Sometimes I had to have one of those "heart to heart" talks with him in the hall to convince him he **would** do his work, he **would** perform better than what he was giving me, or he **wouldn't** like the consequences I would choose for him. Cory was one of those students who "stole" my heart as an educator knowing his capabilities. Cory was raised by a single mother and his grandfather. Cory's relationship with his grandfather was one of great importance to Cory. If I really wanted to emphasize a point with Cory, all I had to do was mention how disappointed his grandfather would be if I called him to discuss Cory's behavior or grades. Cory's response was immediate corrective action and the behavior would not be repeated.

If I saw Cory was "straying" beyond the side of right when he was in middle school or high school, I felt close enough to go and talk with him about his behavior. Cory was always polite and receptive of most of my suggestions regarding his behavior. Cory was no different than most high school kids. He tested those who would not stand up to him and define boundaries in the classroom. Cory has always treated me with dignity and respect whether in the classroom or outside of it. I believe Cory to this day treats all with dignity and respect because that is how he was raised.

I strongly supported Cory as he continued through school and participated in various athletic events. Cory was a strong basketball player and track participant.

Through his athletic abilities, Cory was awarded a track scholarship to attend college in Oregon. I am so proud of him for rising above where he was raised and pursuing a college education. In our county, we don't have a ghetto as such, but the rural area in which he was raised certainly has many of the same negative connotations as a city ghetto. Cory saw he had a choice of giving in to the influences of the life of someone involved in drugs and crime or rising above those things. He chose to rise above and try to better himself. Since graduation, when he comes back for a visit, Cory has made it a point to talk with other young men and women in his community, encourage them to see what the world is like outside of Red River County, and talk with them about not allowing the negative aspects of the community in which they reside to hold them back. He has helped them financially when he could do so. Cory has tried to instill a sense of self-esteem and self-worth in these young men and women. Only time will tell if he has influenced any of these young men or women. My opinion is that Cory has had an impact on the lives of these young people and at least has them thinking about what could be.

Cory is not only a former student of mine, but I also consider him to be a personal friend. He and my daughter were in the same class and were best friends. Because of their friendship, I developed a personal friendship with Cory beyond the classroom. The friendship has continued even though he is now working and doesn't get home often. When he comes home, Cory makes it a point to come visit with me if I am in town. I always welcome these visits and enjoy catching up on what is going on in his life. Cory has shared with me that he has made some choices which were not in his best interest. He realizes his mistake, and I believe regrets the choice(s) he made. Why he made the choice he did is more than likely not thinking before acting. I realize this does not excuse the behavior, but I know when he shared what happened with me, he was most remorseful and regretful. Based on what I know about and of Cory, I have no doubt that this type of action will never be repeated.

I pray that Cory will be considered for a probationary type punishment rather than incarceration. Again, I realize as Cory does that what happened is wrong, but I truly believe Cory will never repeat this offense again and will strive in the future to be a more positive role model.

If you need or desire more information from me regarding Cory, please do not hesitate to contact me. You may email me at SJac51545@aol.com or call me on my cell phone (903)314-6538.

Respectfully yours,

Sue Jackson
Avery Elementary Principal
Avery ISD
Avery, TX 75554

U.S. District Court
Northern District of California
1301 Clay St
Oakland, Ca 94612

Dear Honorable Judge Caludia Wilken,

      First of all let me start out by saying thanks for taking the time out of your busy schedule to read this letter of recommendation on behalf of my brother Cory Gray. Hope that you are also in the best of hands as well. Honorable Judge Wilken you know just as well as I know that we are all human beings and that we are all entitled to make mistakes at some point in life. The mistake that Cory has made wasn't a good choice after all but there has been worse decisions made by others as well. Not just trying to compare Cory to others but in this situation I'm going to compare Cory to other African American males. It's hard to count on one finger how many African American males get into some type of trouble constantly meaning the same person over an over again. This is Cory's first offense of actually getting into trouble. My family an I would really appreciate it if you just please give Cory a second chance because we are all entitled too a second chance at some point in life an I feel that this is Cory's second chance for the simple fact that he is an outgoing, loving, and caring man who's all about family and having to do what he has to do in order to help one another out. Cory is like a father figure to my child Kobe an I. Cory is all that we know and the majority of my family knows as well. It seems as when on one could help or do what was needed to be done he was there or just a phone call away.  I really do admire Cory because he is the reason that I have goals in life. He was actually the first person in our family to go to College an actually complete college. Now he has set an example for me and I plan too do the same thing as well. Cory is a very down to earth, outgoing, smart, and respectful young man. Honorable Judge Wilken if you just please give Cory a second chance I promise you that you can count on him. Cory is also a well know person around the community. It seems that he is just that person who can't meet or make enemies. Well once again Honorable Judge Wilken thanks for taking time out of your busy schedule to read this letter of recommendation and too decide what the best decision for Cory maybe.

                                       Sincerely,
                                       Candra Gray

US District Court
Northern District of California
Attn: Honorable Judge Claudia Wilkin
1301 Clat Street
Oakland, CA 94612
Fax: 650-462-7876

April 26th, 2008

Dear Judge Wilkin,

The purpose of this is to provide a character reference for Mr. Cory Gray whom I have known first as an employee and then as a friend for the last eight years.

I first met Cory in Eugene, Oregon when we were both working as student leasing agents for Capstone Properties. At that time, Cory was working full time while he was attending the University of Oregon. After a few months, I was offered a position as the Director of Leasing and Marketing. My first task was assembling a team of exemplary student leasing agents. Cory was my first pick. We worked closely during that time and I developed a great respect for him as a coworker and a friend which remain to this day.

Accordingly, having gotten to know Cory so well over the past eight years, I believe puts me in a position to provide you with an accurate assessment of his character.

As a student Cory was a hard working and highly committed to his education. I believed in him and his commitment to success. He was often faced with challenges that would have easily caused other young men to give up. Instead, Cory found ways to overcome the obstacles put before him and kept going. Cory was very popular with his fellow students. He is outgoing, positive and always willing to help anyone out. He inspired other young men to not give up their dreams and to work hard to reach their goals.

As an employee, Cory was outstanding. He was professional, punctual and self-motivated. He made a point to reach out to his team members on a daily basis. He was positive and encouraging. He was praised for his ability to connect with residents and was balanced when it came to handling issues. He was and is to this day one of the best employees that I have had the pleasure of working with.

As a friend, Cory is a standout. He is a loyal, honest, considerate and supportive individual who has the ability to see and understand things from another person's perspective. He has always set aside his own needs when it came to our friendship. He always took the time to offer a balanced and moderate opinion when I sought personal and professional advice. All in all, I would have to say that Cory is a fine, well-balanced person with an abundance of positive qualities.

Cory is not a statistic. He is a solution. He is a young man with a bright future. He has the ability to reach out to others and make a difference.

Sincerely,

Lesley Crom
803 Rush Creek Drive
Allen, TX 75002
972-352-1461
lesley_crom@countrywide.com
Sr. Account Executive-Countrywide Bank FSB

April 15, 2008

US District Court
Northern District of California
1301 Clat Street
Oakland, California 94612

RE: Cory Gray

Dear Honorable Judge Claudia Wilken:

Despite the disappointing circumstances which call for this letter, I confidently offer this letter of recommendation for Cory Gray. This letter is no way intended to minimize the seriousness of this situation or serve as my explanation of what may have happened. My intentions are simple and forthright: to introduce you to the Cory Gray that I, his academic and professional colleagues, and community members know, and to illustrate to you a more comprehensive picture of Cory's character and contributions to our society.

I came to know Cory at the University of Oregon in Eugene, Oregon. As an undergraduate student, Cory always excelled academically and as a student athlete. Majoring in business, Corey always maintained an adequate grade point average as he progressed through the notoriously difficult business school curriculum. Faced with limited financial resources, Cory independently financed his way to and through college as a full-ride field and track scholarship recipient. In addition to the rigorous, year-round commitment and schedule that collegiate track athletics demands, Cory made the time to serve as an active member of various student organizations. As a participant in the Black Student Union, African Student Union and Multicultural Center, and participating in the multitude of cultural events these organizations produced, Cory made it a priority to help contribute to the multicultural awareness and sensitivity of the campus community, as well as the diversity of the Eugene community at-large. Outside of juggling his academic and athletic commitments, Cory maintained a part-time job working as one of the top leasing agents for one of Eugene's largest apartment development companies.

Cory's academic, athletic and professional aptitude is clearly evident and set him apart as a high achiever and leader amongst his peers. The ability to juggle all these responsibilities as successfully as he did, undoubtedly speaks to Cory's discipline, motivation and hard work ethic. He was regarded as a role model by younger students, as a leader amongst his classmates and fellow track athletes, and earned the utmost respect of his professors and coaches. To this day, I have yet to meet a student who posses and puts to use such strength, vision, compassion, dedication and resilience in the way that Cory has and continues to do.

Outside of the multiple professional roles that Cory fulfills, he will tell you his most important job is being a good son, older brother and faithful Christian. To Cory, family is everything. Raised in a single-parent home of low socio-economic status in unsafe gang-ridden neighborhoods, Cory was not handed anything in life and had to work hard to escape from falling into the devastation that surrounded him on a daily basis. As the first of his family to go to college, Cory made it his goal to use this earned opportunity to not only better himself, but the

family he cared even more for. Unlike most people with even greater opportunities and financial capabilities, Cory made good on this promise. Since graduating from college, Cory has consistently provided monthly stipends for his mother to ensure she is able to make ends meet, and for his little sister so that she does not have to struggle in the way he did and enabling her to finance her way through junior college. For Cory, being the first of his family to attend college, earning a full-ride five-year scholarship, and receiving a bachelor's degree are not his greatest accomplishments; he is most proud about fulfilling his dreams of helping and uplifting his family. Such perspective and action is truly telling of Cory's giving nature, rightful intentions and selflessness. Throughout his childhood, college and after, Cory has attended Church and been an active member of his faith community donating time and resources to Christian youth programs and events. He is committed to living a God-centered life and re-establishing a "faithful walk that bears good works" so he can "live right" and be a "good Samaritan" as he as always tried to serve.

Cory is an energetic, self-motivated, gifted individual whose strength and wisdom extends far beyond his years. Cory is a young twenty-six year old man who has fiercely overcome many financial and personal obstacles to accomplish the goals he has today and for those he continues to set for himself. He has high expectations for himself and sets high standards for those around him. Cory is strong, honest, dependable, responsible and confident, and at the same time shockingly humble; it is rare to find such a combination of genuinely positive characteristics in the way that Cory possess them all.

The Cory that I have described for you is the Cory that shall soon sit before you. Despite all the people that look up to and think so highly of him, there is no one more disappointed in the current situation than Cory. Cory is a man of high moral character who recognizes right from wrong and takes responsibility for poor choices. But if there is anyone deserving of a second chance and opportunity to live a life that is beyond just good, just and free, but is productive and helping to those around him, it is Cory. Cory is well aware of the various fates that await him depending on your decision. As much as he and his family prays for the best, his community, *our* community, and I hope that our words and Cory's great and many positive life actions that reflect his true character speak far louder than the one incredibly poor and uncharacteristic decision that has brought him before you. I sincerely hope you see *him*, and not just another case.

Sincerely,

*E. Fanta*

Etopi Fanta, MPH, MSNc
Graduate Nursing Student, University of San Diego
Adjunct Instructor, University of Oregon

Us District Court                                                4-15-08
Northern District of California
1301 Clay St Oakland, Ca 94612
Re-Cory Gray 06-29-81

Dear , Honorable Judge Claudia Wilken


     My name is Vel-Sh'Ron Ortiz and I have been romantically involved with Cory
Gray for a little over a year and have known him for three years now. Since meeting Cory
I have always known that he was a special person but in times like these it is simple to
place good and black hats on people. So rather than tell you he is a good person and hope
that you believe me I would much rather tell you the Cory Deone Gray I know and let
you decide for yourself.
     The first time I met Cory was at my sister's twenty-third birthday party, and to be
honest I did not like him. As the baby of the family, I am accustomed to stealing the
attention at parties and social gatherings, however, on this particular night Cory stole all
my "glory." As a result, I looked for every flaw I could find in him for next year. The
most I could come up with was his annoying tendency to be inappropriately loud in quite
settings such as a museum or nice restaurant, and his at times terribly wrong fashion
choices. After I came to grips with the fact that my dislike for him was actually my
unconscious attraction to him, I broke and I let him take me out on a date.
     My romantic relationship with Cory has met its rough points ( right now being
indeed the roughest) but through it all, he is truly a man that I am proud to stand next to.
Cory is from a very small community in East Texas named Canney-Well, it is just outside
of Clarksiville and a short drive from Paris Texas, and it is not an economically affluent
community but the people are rich with faith in the Lord and a belief that perseverance is
the only way through life. It must be added, that for all the good and truly American spirit
that Cory and those from his community embody, the prospect of rising out of the
community to another socio-economic level is slim; let alone rising to a level could allow
one to re-contribute to provide for large-scale social change in the community. However,
Cory has never seen is home or financial status as a hindrance.
     When I first met Cory he worked as leasing agent at his apartment complex
during the day and at night he would promote parties by passing out flyers for upcoming
events to party goers as they left the venue. Sometimes, his day would not end until three
or four o'clock in the morning but he was always up and on time to his day job by nine.
Raised by a single mother, Cory has always assumed the role of man of the family with
his mother and sister; instead of saving all of his excess income, Cory has sent money
home to his mother and sister since he was in college at Oregon.
     That is why this whole situation is a shock to me and everyone close to him
because Cory is not that type of person. He is honest and forthright. On a rare occasion,
we were in a convenient store and the gentlemen at the register accidentally gave Cory an
extra twenty dollar bill that he did not notice until we left. Now, a dishonest person would
take the twenty and see it as their gain. But Cory drove us back to the store and gave the
man back the money. The thought of the man's register being short and him getting fired
actually mattered to him, he never saw the quick money as luck or a gain but a simple

mistake that someone would pay for. And Cory is still this way, I can not speak on why he did what he is in court for but I can say that it is consistently out of his character.

The man that I am in love with is an active member of society with goals, aspirations and an ability to realize them, which is why I love him. But aside from me, Cory has a community of people who have looked up to him and continue to look up to him as a role model. I mean Cory is the person at the family functions that give out dollars and fives for A's and B's in school and points in the little league basketball games. Sentencing him to jail would forever tarnish this image and take away one of the few role models left in the community. You might be asking yourself, Rolemodel?, how can he be a role model when he is in such trouble. Well, prior to this and even during this whole ordeal Cory has thrown a variety of social events in his hometown that bring people together and re-contribute in a positive way back to his community, and he owns a popular tax office in Paris as well.  For the parties, he puts his own money into the purchasing of the marketing tools and the venue, and uses his own man hours to ensure a success. Yet quite often Cory donates portions of his profits and thereby gives back to the place that made him so strong. So there are a number of young boys who look at Cory and see the realization that they can leave the "country" and they can indeed own their own businesses and be legitimately successful, while still being the same hometown person who still cares about their neighbors.

This is the Cory Gray that I know; he is truly a good person. But for all his good he also has the ability to make a mistake from time-to-time, and that is what Cory has truly done. He made a costly mistake but in no way does his mistake warrant the life he would have to lead if was to be convicted and sentenced as a standard felon. The state of Texas is not kind to its ex-cons and Cory is not familiar to this type of life. He has never been told that he can't live somewhere because of a mistake he made, or that he can't get a job because of a mistake, or that he can't voice his political opinion with a vote because of a mistake. He has never been in trouble before now and the likelihood of him returning to trouble is nearly impossible, but if he is sentenced according to guideline the prospect of him facing unfair discrimination for the rest of his life is certain. I hope this letter adequately conveys his importance not only to me but to so many others who are supporting him through this.


Respectfully



Vel-Sh'Ron Ortiz

April 3, 2008

Honorable Claudia Wilken
United States District Court
1301 Clay Street
Courtroom 2 – Fourth Floor
Oakland, CA 94612

Judge Wilken:

I am writing on behalf of my friend Mr. Cory Gray. Though it is unfortunate that I am writing about his character under these circumstances, I do feel the need to let the court know about the person I have developed a close relationship with over the years.

I met Cory while undergoing very difficult circumstances myself. I was stranded in Dallas, Texas after having lost everything I owned from Hurricane Katrina. He was my leasing agent and we immediately developed an instant friendship. He went "above and beyond" to make sure that my apartment was furnished with all of the things I needed in order to survive. He was my "angel" during one of the most difficult times of my life.

While living in the apartment complex, Cory always "checked-in" with me to make sure I was doing okay emotionally. He constantly provided resources to me on how to start a new life in Dallas, Texas. He also was a wonderful support system to my son who was 3 years old at the time. Once again, I have to state, I was a stranger to him and he did all of this out of the kindness of heart and never asked for anything in return.

Once I landed back on my feet and moved to Dallas permanently, he remained a constant friend in my life. He still comes to visit me and my son often just to make sure that we are doing okay.

I truly believe that Cory's heart is in the right place in whatever he does but in a few instances he lacks some maturity--but as with all of us, as he gets older and learns from his experiences, I believe he will be an exceptional man who has much to offer to society. He is an extremely gifted and talented person and I ask that the court please consider all of these characteristics and qualities when it is time to render your decision.

Sincerely,

Ms. Andrell Gautier

Fax sent by : 5106373634        US PROBATION OAKLAND        04-25-08 12:03    Pg: 13/13

LIQUIDsky        ﹛ghᵒstbar        STEAK 9 HOUSE        

March 12, 2008

N9NE Group Dallas
3090 Olive Street Suite 410
Dallas, TX 75219

Re: Cory Gray
Ghostbar

To Whom It May Concern:

Cory Gray as been involved with Ghostbar promotions for on going contractual bases
for about a year and six months. We look forward to working with Cory Gray now
and in the future.

If you have any questions, please feel free to give me a call.

Thank you

Mike McCann
Director of Operations Dallas
214-871-1800 Ext. 229

P  214.871.1800  F  214.871.1815  I 3090 OLIVE ST.  I  SUITE 410  I  DALLAS, TX 75219  I  WWW.N9NEGROUP.COM
CHICAGO   I   LAS VEGAS   I   DALLAS

Fax sent by : 5186373634         US PROBATION OAKLAND              84-25-88 12:82   Pg: 18/13

JOHN F. MILLER, JR.
JUDGE, 102nd JUDICIAL DISTRICT

JIM D. LOVETT
JUDGE, 6th JUDICIAL DISTRICT

MORRIS HARVILLE
RED RIVER COUNTY JUDGE

SHERRY EDWARDS
CHIEF JUVENILE OFFICER

RICK STEPHENS
JUVENILE OFFICER

DIANN CORTEZ
SECRETARY

# RED RIVER COUNTY
## JUVENILE PROBATION DEPARTMENT
301 W. MADISON
CLARKSVILLE, TEXAS 75426
(903) 427-5761
FAX (903) 427-0701

March 12, 2008

Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re: CORY GRAY, DOB: 06/29/1981

Dear Judge Wilken:

I was approached by Cory Gray, defendant, and asked to write a Character Letter on his behalf. I have known Mr. Gray and his family since June 1996. Mr. Gray attended Avery Independent School District, Avery, Texas, throughout his years. Due to better athletic scholarship opportunities, he transferred before his Senior year to Clarksville High School, Clarksville, Texas. He graduated from Clarksville High School in May 1999, and pursued a college education by obtaining a Bachelors Degree in Sociology from the University of Oregon, in Eugene, Oregon.

Upon graduation, Cory re-located to Dallas, Texas, to be near his family but also to begin searching the job market for employment. During his time there in Dallas, Mr. Gray has been employed with Summit of Camino Real, Dallas, Texas. During his employment, he was a Leasing Agent for the aforementioned apartment complex.

Since knowing Mr. Gray for over the past ten (10) years, he has always been a determined and goal-oriented individual. He is well-known throughout the community and highly respected by the adults and Senior Citizens in the Red River County community with his friendly-oriented personality. His reputation and trustworthy nature precedes him.

It is to my understanding that Mr. Gray has to appear before your court for charge(s) of Wire/Bank Fraud. Mr. Gray has no criminal history since becoming an adult; therefore, it would be an injustice to him and to his community to remove him from his life-long surroundings. The waiting period in this matter has been distressing and agonizing for Mr. Gray and has served as a valuable lesson due to these alleged charges.

Your time and attention in this matter is appreciated.

Respectfully submitted,

Sherry Edwards
Chief JPO

Fax sent by : 5106373634          US PROBATION OAKLAND          04-25-08 12:02    Pg: 9/13

03-12-2008

The Honorable Claudia Wilken
United States District Court Judge
Northern District of California
1301 Clay Street
Oakland, California 94612


Dear Judge Wilken:

I am Debrah Akins, I have been currently employed for Collin County
Community Supervision and Corrections Department Adult Probation
for 9 years. I am writing this letter as a character reference for Mr.
Cory Gray. I have known Mr. Gray in a variety of capacities for 8 yrs.
Mr. Gray is organized, efficient, and extremely competent and has an
excellent rapport with people of all ages. His communication skills both
written and verbal are excellent. Mr. Gray is an extremely good person
that has always been devoted to his family and shows the true meaning
of real love to his family. Mr. Gray is always willing to help those who
are in need. Mr. Gray has been and outstanding person in the
community has displayed a great work ethic and work relationship with
all the people in the community and is a great advocate for all the youth
in the community. Through my Profession and community involvement
I believe that Mr. Gray is a very reliable, dependable and sincere
individual who has great goals and is striving hard to accomplish those
goals. Mr. Gray has spoken with me on numerous occasions about his
involvement in this crime and has deep regrets about what he has done
and is willing to make amends. I sincerely believe that if given a fair
chance that he will not fail the Judge, the Courts, Family, Friends and
most of all himself.


Respectfully Submitted,

Debrah Akins
Debrah Akins
535 N.E. 26th Street Apt A.
Paris, Texas 75460        903-669-3180

## Zion Traveler Baptist Church

500 East Church Street
Clarksville, Texas 75426
Phone (903) 427-4133
Fax (903) 427-2179
P. A. Porchia, Pastor

March 12, 2008

To Whom it May Concern

My name is Phillip A. Porchia and the proud pastor of the Zion Traveler
Baptist Church where I have served for the past 15 years.

I am writing in regards to Cory Gray. I am privilege to say that I have
known Cory for at least 12 years. In knowing Cory during that length of
time, he has proven himself to be an outstanding young man of great
character, value, and integrity. Cory has been an inspiration to the young
and the elderly by just being in his presence. He is a great person to be
around.

I have and always will wish the best for Cory because of the positive
influence that he has impacted upon the community of Clarksville, Texas

Sincerely,

Phillip A. Porchia

To: The Honorable Judge Claudia Wilken

    My mame is Martha Wooten, I am member of Martin Shiloh Baptist Church, I am also one of the Youth Directorsin the communtiy of Clarksvile, Tx. I have been over the youth for twenty years now and I enjoy each day more. Cory Gray is just like one of my kids, his mother and I grew up together deep in the country side of Caney -Well ,Tx. He and his family are good and respectful people. I have known Cory from Brith, my whole family loves Cory.  My children love him like a brother.  When Cory visits me he never fails to greet me with a hug an a kiss. That is one thing that i know is coming whenever I see his bright smile approaching me. Cory has always touched my heart the way he gives respect to the elder people in our Church and in the community, he always speeks and greets people with the up most respect.That came form his grandpa bring him up in the chrcuh and in a great home. When Cory was growing up he always wanted to do more in the Church, not only the Church but his Comminity also. I remember when Cory was in High School  he would always donate his time in helping at PIA (PARENT  IN ACTION). It is  an organization where a group people get together in order to help children who are having problems in their Class Wrok or Taks Test. We would tutor them, Cory would come and donate his time. He would be willing to do anything that was needed to be done. Cory Gray was always a great help to his community and his Church. Loving and caring as he is, I am proud to be apart of his up bringing. I am quite sure the mistake Cory has mad was just that a mistake. I now that when I heard the bad news I could't not think that this is the same little Cory that use to playball with my husband and children in the front yard. Judge Wilken I am aware that a law has been broken and yes he must pay the cost for his actions but, please take a kind heart and understanding that if Cory goes in you will have taken  one of the best things that Clarksville has to offer.He has expressed to me his deepest regreats for his mistake, he is a young man with a bright future ahead of him and just did not make the right choice at the time. With this letter I send and a pryer to God that things work out the best for Cory and i hope and wish that you take this letter inot you heart when you make your decission.


THANK YOU


MARTHA WOOTEN

Fax sent by : 5106373634        US PROBATION OAKLAND        04-25-08 12:01    Pg: 7/13

...red ...e David Bow..., ...
Schneyder and Sara Sherwood. Submitted photo.

## CISD students earn national honor

Two Clarksville Elementary students artwork will be showcased in the 2007-08 "The Art of Childhood" hardcover book that will be published this March by Crayola LLC after earning top honors last month.

Lisa Schneyder, a 5th grader, and Riquana Wright, 4th grade student, were chosen as winners from all Texas entrants in a nationwide art contest on Dec. 17th.

Schneyder is the daughter of Michael Schneyder and Wright is the daughter of Rickey and Marla

Wright. The theme for the artwork was "Art & Design Are All Around Us" was open to the entire United States, with so many winners chosen from each state.

Schneyder's artwork, titled "Peek into the Future" depicted a solar powered vehicle picking geometric shaped clouds from the sky to be displayed in the owner's home.

Wright's artwork, titled "The New World" displayed her love of the Art Club.

Pamela Weaver, a sponsor, learned about the art contest online and presented it to the entire Clarksville Elementary Art Club, which meets each Thursday. Weaver was very excited when a representative from the parent company of Crayola LLC called to notify her of the winning entries from Clarksville Elementary.

Both students will both receive a copy of the book and a prize package of Crayola products by ...il 2008.

## Clarksville native opens tax store

**By Bryan Giguere**

As a promoter, Cory Gray's specialty is marketing.

His main duty as a party promoter was coordinating and getting people to attend. Three years ago, a tax specialist approached him at a party and told him he could be good at anything he puts his mind to. So the 1999 Clarksville High School graduate teamed up with Quick Return Tax Service in Dallas and was able to bring in more clients.

Along with his marketing capabilities came the knowledge to help citizens with their tax return.

"I'm a very open-minded person. I like seeing the big picture," Gray said. "I'm not afraid of jumping ladders towards success."

Now Gray owns his own business called Tax & Financial Solutions out of Paris. It is located off U.S. Hwy. 82 W. in the Kroenemer Insurance Plaza beside Domino's Pizza. Its main headquarters is in Dallas.

Gray said the tax office is the first owned by an African American in East Texas area. His



**Gray**

partner, Simba Masarire, runs and operates the Dallas office.

"I want to bring something back to the community," Gray said. "My ultimate goal is to have a chain of these stores all over East Texas and all over Texas. I would like to open one here in Clarksville next year."

Some of the services the company provides are tax returns, consultation, financial guidance and debt management.

"The difference between myself and the large tax firms is that they don't care about the

return or if it's fitting for their situation. They get hourly ...ges," Gray said. "The more I ... the better it is for business."

Gray said he got the Paris branch started this past November and was open for business on ...n. 11. Gray is pleased with the location of his business in that it's one of the busiest in town.

"There are a lot of tax credits that people that don't know they are eligible for a proper return," Gray said. "Last year about $110 million was unclaimed. Either people paid their taxes and didn't claim it or didn't get the proper refund. When they get their money back, I feel like I'm giving back."

Gray said he is also interested in opening a Checks/Cashing addition branch inside the Plaza to help customers open accounts. That would give him more work, especially after the deadline to file taxes passes through.

Gray is available by appointment by calling (903) 782-...097 from 10 a.m. to 8 p.m. daily. Gray said fees start at $50 and citizens can get their refund back ... same day.