# Exhibit B



Cory Deone Gray - Age 5 1/2



Ernest Gray (Grandpa)



Chris Ann Gray (Mother) & Cory Deone Gray



Chris Ann Gray (Mother)