

Chris Ann Gray (Mother)



Ernest Gray (Grandpa)



Velshron (Cory Deone Gray Girlfriend)



Nephew - Kobe Gray