

Nephew - Kobe Gray



Nephew - Kobe Gray



Nephew - Kobe Gray & Candra Gray (Sister)



House where Cory Deone Gray grew up in
Clarksville, Texas