UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 6/11/08

**Plaintiff:** United States

v.                                          **No.** CR-07-00717 CW

**Defendant:** Corey Deone Gray (present)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Booker Evans; Alisha Louie

**Probation Officer:**
Charles Mabie

**Hearing: Sentencing**

**Notes:** Defendant and counsel have read PSR; no factual disputes; however, ¶49 should reflect that defendant is the "owner" of the tax preparation service. Court follows plea agreement. Court finds Offense Level 18, Criminal History I, leading to a Guideline Range of 27 - 37 months. Based on the plea agreement, the Court sentences the defendant to 27 months custody of the AG, to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR. The Court waives imposition of a fine due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately, but may be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter. Any remaining counts are dismissed. The Court will recommend a camp facility near Dallas, TX. Defendant to self-surrender on 7/28/08. See J&C for details.

Copies to: Chambers